UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ADAMS,<br><br>      Defendant. | ECF CASE<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>24 Cr. 556 (DEH) |

TO: Clerk of Court
   United States District Court
   Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted.

                 Respectfully submitted,

                 DAMIAN WILLIAMS
                 United States Attorney for the
                 Southern District of New York

                 By: /s/ Derek Wikstrom_____
                   Derek Wikstrom
                   Assistant United States Attorney
                   (212) 637-1085