quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

September 26, 2024

<u>VIA ECF</u>

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY  10007

Re:     United States vs. Adams (1:24-cr-00556-DEH)

Dear Judge Ho:

We write to clarify our original request. We are requesting one appearance before Your Honor for both the arraignment and initial appearance.  Counsel is engaged from the afternoon of Wednesday, October 3, through Friday, October 5, on another matter.  Counsel respectfully requests a single appearance for both purposes at any time next Monday, September 30, or Tuesday, October 1, before the Court.  If the only availability of the Court for both matters is Wednesday, as originally set, we would ask the Court to reset the appearance for Wednesday.

Very truly yours,

Alex Spiro

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH