**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

September 26, 2024

<u>VIA ECF</u>

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 905
New York, NY  10007

Re:   United States vs. Adams (1:24-cr-00556-DEH)

Dear Judge Ho:

We write to clarify our original request. We are requesting one appearance before Your Honor for both the arraignment and initial appearance.  Counsel is engaged from the afternoon of Wednesday, October 3, through Friday, October 5, on another matter.  Counsel respectfully requests a single appearance for both purposes at any time next Monday, September 30, or Tuesday, October 1, before the Court.  If the only availability of the Court for both matters is Wednesday, as originally set, we would ask the Court to reset the appearance for Wednesday.

Very truly yours,

*[signature]*

Alex Spiro

---

**Application GRANTED IN PART AND DENIED IN PART.** The Court is in receipt of the emails from Defendant's counsel attached to this endorsement.  The initial appearance and arraignment will proceed on September 27 before the Magistrate Judge on duty, as previously scheduled in accordance with Defendant's initial request.  *See* ECF No. 6.

The initial conference shall be rescheduled to **Wednesday, October 2, 2024, at 10:30 a.m.** in a courtroom to be determined by the Court.

The Clerk of Court is respectfully requested to close ECF No. 10.

**SO ORDERED.**

*[signature]*

DALE E. HO
United States District Judge
Dated: September 26, 2024
New York, New York

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

| | |
|---|---|
| **From:** | Rachel Frank |
| **To:** | Ho NYSD Chambers |
| **Cc:** | Alex Spiro; Andrew.Rohrbach@usdoj.gov; Wikstrom, Derek (USANYS |
| **Subject:** | RE: United States vs. Adams (1:24-cr-00556-DEH) |
| **Date:** | Thursday, September 26, 2024 7:43:16 PM |

**CAUTION - EXTERNAL:**

To clarify, counsel requests Wednesday, October 2nd.

Sincerely,

Rachel Frank

---

**From:** Rachel Frank
**Sent:** Thursday, September 26, 2024 5:58 PM
**To:** HoNYSDChambers@nysd.uscourts.gov
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Andrew.Rohrbach@usdoj.gov; Wikstrom, Derek (USANYS <DEREK.WIKSTROM@usdoj.gov>
**Subject:** United States vs. Adams (1:24-cr-00556-DEH)
**Importance:** High

Your Honor,

We write to respectfully request that, in light of certain logistical problems, the Court reset Mr. Adam's arraignment and initial appearance to Wednesday, October 4th. The government did not object to altering the arraignment schedule. In the alternative, we are available anytime Monday or Tuesday.

Sincerely,
Rachel

**Rachel Frank**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202.538.8380 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
rachelfrank@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.