**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　-against-<br><br>ERIC ADAMS,<br><br>　　　　　　Defendant. | Case No.: 1:24-cr-00556-DEH<br><br>**ORDER FOR ADMISSION**<br><br>*PRO HAC VICE* |

### ORDER FOR ADMISSION PRO HAC VICE

　　The motion of John F. Bash, for admission to practice Pro Hac Vice in the above-captioned action is granted.

　　Applicant has declared that he is a member in good standing of the bars of the state of Texas and the District of Columbia; and that his contact information is as follows:

　　　　Applicant's Name:  John F. Bash

　　　　Firm Name: Quinn Emanuel Urquhart and Sullivan, LLP

　　　　Address: 300 West 6th Street, Suite 2010

　　　　City / State / Zip: Austin, TX 78701

　　　　Telephone:  (737) 667-6100

　　　　Email: johnbash@quinnemanuel.com

　　Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Eric Adams in the above entitled action;

1

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____     _____