UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>ERIC ADAMS,<br><br>Defendant. | No. 24-CR-556 (DEH)<br><br>**DEFENDANT ERIC ADAMS'S NOTICE OF MOTION FOR AN EVIDENTIARY HEARING AND FOR SANCTIONS** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law and Declaration of Avi Perry, as well as the exhibits attached thereto, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable Dale E. Ho, at the Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007, for an evidentiary hearing and for sanctions regarding grand jury secrecy violations.

| | |
|---|---|
| Dated: October 1, 2024 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br><br>By: */s/ Alex Spiro*<br>Alex Spiro<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br><br>William A. Burck<br>John F. Bash (*pro hac vice* pending)<br>Avi Perry<br>1300 I Street NW, 9th Floor<br>Washington, D.C. 20005<br>(202) 538-8000<br><br>*Attorneys for Mayor Eric Adams* |