UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ADAMS,<br><br>Defendant. | 24 Cr. 556 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 3, 2024, the Government requested an *ex parte* classified conference with the Court pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. app. 3 § 2 ("CIPA").[1] *See* ECF No. 28. The Court granted the request and held a CIPA Section 2 conference on October 9, 2024. *See* ECF No. 29. In the interests of efficiency and of Defendant Adams' right to a speedy trial, the Court directs the parties to meet and confer, and to submit a proposed CIPA schedule in order to ensure that if any classified material becomes implicated at any point in this matter, the Court is able to swiftly adjudicate issues that may arise from such material.

The proposed joint schedule shall include deadlines for the following CIPA events:

- CIPA Section 4 Proceedings:
  - Government's Motion(s)
  - Hearing(s)

- CIPA Section 5 Proceedings
  - Defense's Notice Deadline
  - Government's Objection(s)

---

[1] CIPA establishes procedures for handling classified information in federal criminal cases, while also ensuring the government's compliance with discovery obligations. *See, e.g.*, *United States v. Abu-Jihaad*, 630 F.3d 102, 140–41 (2d Cir. 2010); *United States v. Pappas*, 94 F.3d 795, 799 (2d Cir. 1996) (CIPA was designed to "harmonize a defendant's right to obtain and present exculpatory material upon his trial and the government's right to protect classified material in the national interest."). CIPA Section 2 provides that "any party may move for a pretrial conference to consider matters relating to classified information that *may* arise in connection with the prosecution" of the case. *See* 18a U.S.C. app. 3 § 2 (emphasis added).

- o  Defense Reply

• CIPA Section 6 Proceedings
  - o  Government's Filing
  - o  Defense's Objection(s)
  - o  Government's Reply
  - o  Hearing

*See* 18 U.S.C. app. 3 §§ 2–6.  The parties may also include proposed deadlines for any other CIPA-related filings or hearings they deem appropriate for the sake of efficiently prosecuting this case.[2]

The parties are directed to submit a joint scheduling proposal no later than October 25, 2024.  In the event that the parties cannot agree on a joint proposal, they shall submit a single joint submission that sets forth the dates in their competing proposed schedules.

SO ORDERED.

Dated: October 17, 2024
New York, New York

_____
DALE E. HO
United States District Judge

---

[2] This Order is meant to assist in the management and scheduling of this case, and does not presuppose that any of the proceedings or events listed above will ultimately be necessary.