UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ERIC ADAMS,<br><br>　　　　　　　　　Defendant. | **DECLARATION<br>OF MARGERY FEINZIG**<br><br>24 Cr. 556 (DEH) |

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER  ) ss.
SOUTHERN DISTRICT OF NEW YORK   )

　　　　MARGERY FEINZIG hereby declares under penalty of perjury:

　　　　1.　　I am a Deputy Chief of the Criminal Division, in the Office of Damian Williams, United States Attorney for the Southern District of New York. I am not a member of the prosecution team responsible for the investigation that led to the above-referenced case (the "Investigation"). I submit this Declaration in support of the Government's opposition to Defendant Eric Adams's motion seeking a hearing pursuant to Federal Rule of Criminal Procedure 6(e) ("Defendant's 6(e) Motion").

　　　　2.　　I understand that Assistant United States Attorneys ("AUSAs") Celia Cohen, Andrew Rohrbach, Hagan Scotten and Derek Wikstrom are responsible for the investigation and prosecution of Defendant Eric Adams. I have learned that five Special Agents with the Federal Bureau of Investigation ("FBI"), and two Deputy Inspectors General with the New York City Department of Investigation ("DOI"), are responsible for the Investigation.

　　　　3.　　On October 17 and 18, 2024, I separately spoke to each of the four AUSAs assigned to the Investigation, each of the five FBI Special Agents assigned to the Investigation, and both of

the DOI Deputy Inspectors General assigned to the Investigation, about the allegations of disclosure contained in the Defendant's 6(e) Motion. They each affirmed that they have not disclosed information they learned in the course of the Investigation to any member of the press.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:      White Plains, New York
               October 18, 2024

By:        /s/
            Margery Feinzig
            Deputy Chief of the Criminal Division