UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                         24 Cr. 556 (DEH)

ERIC ADAMS,                                **ORDER**

                    Defendant.

DALE E. HO, United States District Judge:

The parties in this matter are scheduled to appear before the Court for a motions hearing on Friday, November 1, 2024 at 2:00 p.m. ET.  The parties are instructed to be prepared for oral argument on Defendant's Motion to Dismiss Count V, ECF No. 13.  Each party will be allotted twenty minutes of argument time, subject to adjustment at the Court's discretion.  The presentation order will be as follows: defense's opening arguments (15); government's opposing arguments (20); defense's rebuttal (5).  The parties shall also be prepared to discuss the case management schedule, including a trial date.

        SO ORDERED.

Dated: October 30, 2024
        New York, New York

                                        _____
                                        DALE E. HO
                                        United States District Judge