# EXHIBIT 3

# EXHIBIT C



**William K. Rashbaum**
**Reporter**

620 8th Avenue
New York, NY 10018



Rashbaum@nytimes.com

2 April 2015

Sen. Dean G. Skelos, Esq.

(By e-mail via Kelly Cummings - ██████████████████ )

Dear Sen. Skelos:

The New York Times is preparing a story about the federal investigation that is currently focused on you and your son.

As you may know, in December, we reported that ██████████████████████████ received a federal grand jury subpoena as part of a broader criminal inquiry into the outside income of a number of New York State legislators. Our reporting indicates that this investigation has broadened to include you and your son, and has come to focus on some of his business dealings.

I am writing to you because we want to ensure that you have the opportunity to comment on the areas of the article that involve you. (We have also contacted your son.) We are also interested in hearing any additional information that you might chose to share with us about the matters that are the focus of the inquiry, as well as your thoughts about its nature and genesis.

If you would like to talk about any of the points below, my colleagues, Thomas Kaplan and Susanne Craig, and I would be eager to speak to you. A written response would also be welcome. We would only ask that you provide us with your responses by 5 p.m. today.

44411

Case 1:15-cr-00317-KMW    Document 25-3    Filed 09/04/15    Page 3 of 4

- 2 -

I can be reached on my cell phone or by email; the number and address are listed above.

Sincerely,

William K. Rashbaum

1) Do you have any comment on the federal investigation?

2) What is your understanding, if any, of the precise areas on which the investigation is focused?

3) Our reporting indicates that your son has worked as a consultant for ▮▮▮▮ ▮▮▮▮▮▮▮ . Did you play any role in helping to secure this position for your son, and what is your understanding of what he does for ▮▮▮▮ ?

4) Our reporting indicates that a company called ▮▮▮▮▮▮▮▮▮▮▮ , which was operated by senior ▮▮▮▮▮ executives ▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮ , held a significant stake in ▮▮▮▮▮▮▮▮▮ , the parent company of ▮▮▮▮▮▮ . Are you aware of this interest and have you, your son or any other member of your family ever owned shares in ▮▮▮▮ ?

5) Were you, your staff, or any other lawmaker you know of contacted in the last 18 months by the ▮▮▮▮▮▮▮▮ or any other lobbyist working directly or indirectly on behalf of ▮▮▮▮ or its subsidiary ▮▮▮▮▮▮▮▮ , and, if so, what was discussed? Did you have any role in the inclusion in the recently passed state budget of a $200,000,000 appropriation for the capital costs of clean water infrastructure projects? If so, what was your role, and was it meant to benefit ▮▮▮▮ ?

- 2 -

- 3 -

6) Do you think your son's relationship with ▮▮▮▮ represents a conflict of interest or at least creates the appearance of a potential conflict – and possibly a more significant problem -- for you given your role in legislation regarding the real estate industry; infrastructure, environmental and construction issues like design-build; and your support for fracking?

7) Our reporting indicates that ▮▮▮▮▮▮▮▮ of ▮▮▮▮▮▮▮▮▮▮ has paid your son $20,000 with the expectation that he would go to work for that company, but that he did not do so, yet he kept the money. What, if anything, do you know about this payment?

8) Do you know what your son's role is with ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮?

- 3 -