**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-against-

ERIC ADAMS,

Defendant.

Case No. 24-CR-556 (DEH)

---

**DECLARATION OF AVI PERRY IN SUPPORT OF DEFENDANT ERIC ADAMS'S OPPOSITION TO GOVERNMENT'S NOV. 15, 2024 LETTER-MOTION**

I, Avi Perry, hereby declare as follows under 28 U.S.C. § 1746:

1.      I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for Defendant Eric Adams in this action.  I am an attorney licensed to practice in the State of New York, and admitted before the United States District Court for the Southern District of New York. I make this Declaration in support of Defendant Adams's Opposition to the Government's November 15, 2024 Letter-Motion (ECF No. 59).  This Declaration is based on my personal knowledge, and if called upon to do so, I would testify competently to the facts set forth herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter from counsel for Mayor Adams to the government, dated October 14, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Washington, D.C. on this 18th day of November, 2024.

/s/ Avi Perry
Avi Perry

1