

**MEMO ENDORSED**

U.S. Department of Justice

Justice Management Division

*Security and Emergency Planning Staff*

*Washington, D.C. 20530*

November 22, 2024

The Honorable Dale E. Ho
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

      RE: *United States v. Eric Adams* (no. 24-cr-556)

Dear Judge Ho:

Pursuant to paragraph two of the "REVISED SECURITY PROCEDURES ESTABLISHED PURSUANT TO PUB. L. 96-456, 94 STAT. 2025, BY THE CHIEF JUSTICE OF THE UNITED STATES FOR THE PROTECTION OF CLASSIFIED INFORMATION," I recommend Mr. Matthew W. Mullery, Security Specialist, for the position of Classified Information Security Officer in the above-captioned case.  I also recommend Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade as alternate Classified Information Security Officers.  I certify that the above-named individuals, all of whom are employees of the Litigation Security Group, retain the required security clearance for the category of classified information involved in this litigation.  I also affirm that they maintain the requisite competence and qualifications to perform security-related functions.  Their duties will include responsibilities to the court for information, physical, personnel, and communications security, as well as any other pertinent duties outlined in the above-cited procedures.

If you have any questions, please call me or Christine E. Gunning, Deputy Department Security Officer, on (202) 514-2094.

Respectfully submitted,

*[signature: James L. Dunlap]*

James L. Dunlap
Department Security Officer

Application GRANTED.  The Court hereby designates Security Specialist Matthew W. Mullery as the Classified Information Security Officer in this case.  Security Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, William S. Noble, Harry J. Rucker, and Winfield S. "Scooter" Slade remain designated as alternate Classified Information Security Officers.

The Clerk of the Court is respectfully directed to add Security Specialists Mullery, Hartenstine, and Rucker as interested parties on the docket in this matter.

Dated: December 10, 2024
New York, New York

*[signature: Dale E. Ho]*

Dale E. Ho
United States District Judge