**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

December 17, 2024

<u>**VIA ECF**</u>

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

Re:   <u>United States v. Adams</u>, 24 Cr. 556 (DEH)

Dear Judge Ho:

I write on behalf of Mayor Eric Adams in the above-captioned matter. Mayor Adams is in receipt of the Court's opinion denying the Mayor's motion to dismiss Count V of the indictment (ECF No. 68) and the scheduling order denying the Mayor's motion to advance the trial date (ECF No. 69), both filed today. Other than the timing of *Giglio* and 3500 disclosures and pretrial deadlines, Mayor Adams has no additional issues to raise during the status conference scheduled for December 20, 2024. Moreover, in light of the Court's opinion on the motion to dismiss Count V and the lack of specificity in that and other counts of the indictment, Mayor Adams intends to seek leave to file a motion for a bill of particulars this week. *See* Fed. R. Crim. P. 7(f). As a result, and because counsel for Mayor Adams is currently out of state and actively engaged on other matters, the Mayor respectfully requests that the conference be adjourned until after January 20, 2025, following the filing of the government's CIPA motion on January 17, 2025, at which time scheduling will be clearer. If the Court is inclined to proceed as scheduled on December 20, 2024, Mayor Adams requests that the conference be conducted telephonically. The government takes no position on an adjournment but prefers an in-person conference.

Respectfully submitted,

/s/ Alex Spiro

Alex Spiro

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH