U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 20, 2024

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The Court will conduct a sealed, *ex parte* hearing with the Government pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") on **Tuesday, January 28, 2025, at 10:00 a.m** in a location to be emailed to the Government.
> **SO ORDERED.**
>
> Dale E. Ho
> United States District Judge
> New York, New York
> Dated: January 17, 2025

Re:   *United States v. Eric Adams*, 24 Cr. 556 (DEH)

Dear Judge Ho:

The Government writes in response to the Court's order directing each party to identify its availability for in-person proceedings the week of January 27, 2025. (Dkt. 75 at 2). The Government is available anytime that week at the Court's convenience.

Respectfully Submitted,

Edward Y. Kim
Acting United States Attorney

by: _____/s/_____
Celia Cohen
Andrew Rohrbach
Hagan Scotten
Derek Wikstrom
Assistant United States Attorneys
(914) 993-1921 / (212) 637-1944 / 2410 / 1085

cc:   Counsel of Record (by ECF)