UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. –

ERIC ADAMS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Notice of Appearance**

24 Cr. 556 (DEH)

TO: Clerk of Court
United States District Court
Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully Submitted

                          _____/s/_____
                          EMIL BOVE
                          Acting Deputy Attorney General
                          United States Department of Justice
                          (202) 514-2000
                          emil.bove@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

                                                                               _____/s/_____
                                                                     Edward Sullivan
                                                                     Senior Litigation Counsel

Dated:  February 14, 2025