# Exhibit A

quinn emanuel trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7364

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

February 14, 2025

Emil Bove
Deputy Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Re:   *U.S. v. Eric Adams*, Case No. 24-Cr-556-DEH (S.D.N.Y. 2024)

Dear Mr. Bove:

    I write on behalf of Mayor Eric Adams. Mayor Adams agrees to dismissal without prejudice of the charges against him and that he is not a prevailing party under the Hyde Amendment, Pub. L. 105-119 (Nov. 26, 1997), in the above-referenced case.

Sincerely,

*/s/ Alex Spiro*

Alex Spiro
William A. Burck

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH