UNITED STATES OF AMERICA v. ERIC ADAMS, No. 1:24-cr-556

## NOTARIZED AFFIDAVIT

(a) whether the applicant has ever been convicted of a felony: No.

(b) whether the applicant has ever been censured, suspended, disbarred or denied admission or readmission by any court: No.

(c) whether there are any disciplinary proceedings presently against the applicant: No.

(d) the facts and circumstances surrounding any affirmative responses to (a) through (c): N/A

I am familiar with the local rules for the United States District for the Southern District of New York. Attached is a true and accurate copy of a recent DC Certificate of Good Standing.

R. Trent McCotter

District of Columbia
Signed and sworn to (or affirmed) before me
on 2/25/2025 by R. TRENT McCOTTER
    Date            Name(s) of Individual(s) making Statement

Signature of Notarial Officer

NOTARY
Title of Office
My commission expires: 2/14/2029



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Richard Trent McCotter*

was duly qualified and admitted on December 10, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 24, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.