**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America

                Plaintiff,

vs.

    Eric Adams

               Defendant.

1:24-cr-556

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __R. Trent McCotter__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __DC__; and that his/her contact information is as follows (please print):

Applicant's Name: R. Trent McCotter

Firm Name: Separation of Powers Clinic
Address: 3600 John McCormack Rd. NE
City /State /ZIP: Washington, DC 20064
Tele: 202-706-5488
Email: mccotter@cua.edu

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Amicus Curiae (pending forthcoming motion) Separation of Powers Clinic__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge