**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24 Cr. 556 (DEH) |
| Plaintiff, | |
| v. | **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |
| ERIC ADAMS, | |
| Defendant. | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Robert A. Van Nest, Jr., hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Amici Curiae Former Federal Jurists in the above-captioned action.

I am a member in good standing of the bar of the State of California, and a certificate of good standing is attached hereto as **Exhibit A**. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated:  February 28, 2025

By:    */s/ Robert A. Van Nest, Jr.*
ROBERT A. VAN NEST, JR.

633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

*Counsel for Amici Curiae Former Federal Jurists*

2881740