UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC ADAMS,<br><br>　　　　　　　　Defendant. | Case No. 24 Cr. 556 (DEH)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion of DAN JACKSON, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California; and that his contact information is as follows:

> Dan Jackson
> Keker, Van Nest & Peters LLP
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone: 415-391-5400
> Facsimile: 415-397-7188
> Email: djackson@keker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Amici Curiae Former Federal Jurists in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____   _____
　　　　　　　　　　　　　　　　　　Hon. Dale E. Ho
　　　　　　　　　　　　　　　　　　United States District Judge

2882850