UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 24-CR-556 (DEH) |
| ERIC ADAMS, | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

Before the Court are several motions requesting leave to file *amicus* briefs. The deadline for objections to such motions was March 5, 2025. *See* ECF No. 136. The Court has received no objections to the motions for leave to file an *amicus* brief by the following individuals and entities: Common Cause (ECF Nos. 124, 125, 127[1]); the Separation of Powers Clinic at The Catholic University of America's Columbus School of Law (ECF No. 143); Lt. General Michael Flynn (ret.), *et al*. (ECF No. 147); Former Federal Court Jurists (ECF No. 150); and State Democracy Defenders Fund, *et al*. (ECF NO. 152[2]). These motions are therefore **GRANTED**.

The parties raised objections to a motion for leave by Former United States Attorneys (ECF No. 128). The Court has considered the parties' objections, and **GRANTS** the motion for leave to file an *amicus* brief. *See United States v. DiCristina*, 726 F.3d 92 (2d Cir. 2013) (noting *amicus* brief of former United States Attorneys); *United States v. Stein*, 541 F.3d 130, 135 (2d Cir. 2008) (same). The proposed *amici* who filed ECF No. 128 also filed a motion requesting

---

[1] ECF Nos. 124, 125, and 127 were filed by the same party.

[2] ECF No. 152 was submitted to chambers via email on February 28, 2025, but due to technical issues, was not filed on ECF until the next business day, March 3, 2025. The Court deems the motion timely.

1

that the Court appoint a separate *amicus* in this case, *see* ECF No. 135; in light of the Court's Order appointing an *amicus*, *see* ECF No. 136, this motion is **DENIED** as moot.

There have been several voluminous pro se filings received by the Court, which have not been filed on ECF. Leave is **DENIED** for these pro se parties to file amicus briefs; such filings will not be considered by the Court and will not be placed on the docket, but will be maintained in a chambers file.

Finally, in light of the amended brief filed by Court-appointed *amicus* at ECF No. 159, the Clerk of Court is respectfully directed to strike from the docket the original version of the brief, at ECF No. 158.

Accordingly, the Clerk of Court is respectfully directed to close ECF Nos. 124, 125, 127, 128, 135, 143, 147, 150, and 152; and to strike ECF No. 158.

SO ORDERED.

Dated: March 11, 2025
New York, New York

DALE E. HO
United States District Judge