UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIC ADAMS,<br><br>                  Defendant. | 24-CR-556 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

Having reviewed the submissions of the parties and court-appointed *amicus* in response

to this Court's Order at ECF No. 136, the Court does not at this time believe that oral argument

is necessary.  Accordingly, it is hereby **ORDERED** that the oral argument scheduled for March

14, 2025, at 2:00 p.m., is **ADJOURNED SINE DIE**.


        SO ORDERED.

Dated:  March 11, 2025
        New York, New York

_____
                    DALE E. HO
              United States District Judge