*United States v. Adams*, No. 24 Cr. 556 (DEH)

Exhibit D

March 25, 2025 Government Submission





From: +_____ John Carillo
To: +_____ Hagan C. .Scotten (owner)

Great news. Nice job. Out east with wife. Call you soon to catch up. Thanks!!

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +_____ Hagan C. .Scotten | | 8/13/2024 10:52:32 AM(UTC-4) | |

Status: Read

8/13/2024 10:52:16 AM(UTC-4)



From: +_____ John Carillo
To: +_____ Hagan C. .Scotten (owner)

Just checking in. Hope everyone is good. You think it's time to take a seat on the bench? lol. Need people like you there. Spoke to Ted yesterday. Will let you know when we are meeting for lunch. Be well.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +_____ Hagan C. .Scotten | | 11/8/2024 9:44:29 AM(UTC-5) | |

Status: Read

11/8/2024 9:41:45 AM(UTC-5)



From: +_____ Hagan C. .Scotten (owner)
To: +_____ John Carillo

All good here other than my kids gave my a stomach bug for the weekend. Got to convict Adams before I can think about anything else. Hope all is well with you and yours. Let me know when you and Ted are getting together.

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +_____ John Carillo | 11/13/2024 10:47:27 AM(UTC-5) | 11/13/2024 10:47:50 AM(UTC-5) | |

Status: Sent

11/13/2024 10:47:27 AM(UTC-5)