*United States v. Adams*, No. 24 Cr. 556 (DEH)

Exhibit E

March 25, 2025 Government Submission



**From:** +[redacted] Celia V. .Cohen
**To:** +[redacted] Hagan C. .Scotten (owner)
I solved my desk phone issue FYI

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +[redacted] Hagan C. .Scotten | | 7/18/2024 12:06:00 PM(UTC-4) | |

**Status:** Read

7/17/2024 3:57:45 PM(UTC-4)

---

**From:** +[redacted] Hagan C. .Scotten (owner)
We should not limit the scope of our questions (Derek and I walked in). We don't need him.
**Status:** Sent

7/18/2024 12:07:26 PM(UTC-4)

---

**From:** +[redacted] Hagan C. .Scotten (owner)
Letting him come in and refuse cross just hurts us. An invocation is better.
**Status:** Sent

7/18/2024 12:07:57 PM(UTC-4)

---

**From:** +[redacted] Andrew .Rohrbach
**To:** +[redacted] Hagan C. .Scotten (owner)
I think we can exclude him as a defense witness when he just says that he told everyone the rules, but doesn't know about the fundraising infrastructure and wouldn't know about particular fundraisers/intermediaries/etc

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| +[redacted] Hagan C. .Scotten | | 7/18/2024 12:08:58 PM(UTC-4) | |

**Status:** Read

7/18/2024 12:08:39 PM(UTC-4)

---

**From:** +[redacted] Hagan C. .Scotten (owner)
We can't commit to 8/12. Too late
**Status:** Sent

7/18/2024 12:08:51 PM(UTC-4)