UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

     v.                                      24-CR-556 (DEH)

ERIC ADAMS,                          MOTION FOR ADMISSION
                                                      *PRO HAC VICE*

                Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Joseph Gallagher, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the New York City Campaign Finance Board in the above-captioned action.

I am a member in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 4/25/25

                                Respectfully Submitted,

                                Joseph Gallagher

                                Applicant Signature: _____

                                Applicant's Name: Joseph Gallagher

                                Applicant's Title: General Counsel

                                Employer Name: New York City Campaign Finance Board

                                Address: 100 Church Street, 12th Floor

City/State/Zip: New York, New York 10007

Telephone/Fax: (212) 409-1865

Email: jgallagher@nyccfb.info

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.                              24-CR-556 (DEH)

ERIC ADAMS,                              **AFFIDAVIT IN SUPPORT OF**
                                          **MOTION TO ADMIT COUNSEL**
                Defendant.                        *PRO HAC VICE*

I, Joseph Gallagher, being duly sworn, hereby depose and say as follows:

1. I am an attorney and General Counsel for the New York City Campaign Finance Board.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of New York.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have never been convicted of a felony.
6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.
7. Attorney Registration Number: 5347547
8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for the New York City Campaign Finance Board.

Date 04/25/2025

**NOTARIZED**

Clemy Bowen
Commissioner of Deeds, City of New York
No. 2-14535
Cert. Filed in New York County
Commission Expires Nov 1, 2025
The UPS Store 82 Nassau St NY, NY 10038
212.406.9010

Joseph Gallagher
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, New York 10007
(212) 409-1865
jgallagher@nyccfb.info

Clemy Bowen
Commissioner of Deeds, City of New York
No. 2-14535
Cert. Filed in New York County
Commission Expires Nov 1, 2025
The UPS Store 82 Nassau St NY, NY 10038
212.406.9010



## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Joseph Thomas Gallagher

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 20, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 24, 2025.

*Clerk of the Court*

CertID-00227583



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>PRESIDING JUSTICE | **MARGARET SOWAH**<br>DEPUTY CLERK OF THE COURT |
| **SUSANNA MOLINA ROJAS**<br>CLERK OF THE COURT | **DOUGLAS C. SULLIVAN**<br>DEPUTY CLERK OF THE COURT |

To Whom It May Concern

      An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

      An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

      New York State does not register attorneys as active or inactive.

      An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the First Judicial Department](#).

      Bar examination history is available from the [New York State Board of Law Examiners](#).

      Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Susanna Rojas
Clerk of the Court

Revised October 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.                                    24-CR-556 (DEH)

ERIC ADAMS,                       ORDER FOR ADMISSION
                                                *PRO HAC VICE*

                Defendant.

The motion of Joseph Gallagher, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

    Applicant's Name: Joseph Gallagher

    Applicant's Title: General Counsel

    Employer Name: New York City Campaign Finance Board

    Address: 100 Church Street, 12th Floor

    City/State/Zip: New York, New York 10007

    Telephone/Fax: (212) 409-1865

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for the New York City Campaign Finance Board in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: April 28, 2025

New York, New York

DALE E. HO
United States District Judge