UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ERIC ADAMS,

                Defendant.

No. 24 Cr. 556 (DEH)

## ADJOURNMENT MOTION

The Government respectfully requests that the Court extend the May 2, 2025 deadline for compliance with the Court's April 25, 2025 order, *nunc pro tunc*, until May 9, 2025 at 5:00 p.m. The purpose of the request is to allow additional time for the Department of Justice and the U.S. Attorney's Office for the Southern District of New York to coordinate on review of the materials at issue and any necessary redactions. Counsel for Eric Adams, the New York Times Company, and NYP Holdings, Inc. consent to this motion.

Dated: May 3, 2025

**APPLICATION GRANTED** *nunc pro tunc*. The deadline for compliance with the Court's April 25, 2025 Order is extended until May 9, 2025 at 5:00 p.m.

**SO ORDERED.**

Dated: May 5, 2025
New York, New York

                Dale E. Ho
                United States District Judge

Respectfully submitted,

/s/
Todd Blanche
Deputy Attorney General
Emil Bove
Principal Associate Deputy Attorney General
United States Department of Justice

/s/
Jay Clayton
U.S. Attorney
U.S. Attorney's Office for the
Southern District of New York