*United States v. Eric Adams*, No. 24 Cr. 556 (DEH)
Discovery Production Index [Subject to Protective Order]

| # | Bates Start | Bates End | Summary Description | Form of Production | Protective Order Designation |
|---|---|---|---|---|---|
| | | | **2024.10.04 Production 1** | | |
| 1 | SDNY_01_000000001 | SDNY_01_000000093 | 2703(d) orders | Hard Drive | Sealed Material |
| 2 | SDNY_01_000000094 | SDNY_01_000000121 | 2703(d) returns | Hard Drive | Sealed Material |
| 3 | SDNY_01_000000122 | SDNY_01_000003514 | DOI Casefile | Hard Drive | Sealed Material |
| 4 | SDNY_01_000003515 | SDNY_01_000003573 | Charging Instrument | Hard Drive | No Designation |
| 5 | SDNY_01_000003574 | SDNY_01_000003604 | Criminal History | Hard Drive | Disclosure Material |
| 6 | SDNY_01_000003605 | SDNY_01_000003613 | Intake Forms | Hard Drive | Disclosure Material |
| 7 | SDNY_01_000003614 | SDNY_01_000004281 | Pen Registers | Hard Drive | Disclosure Material |
| 8 | SDNY_01_000004282 | SDNY_01_000009565 | Search Warrants | Hard Drive | Sealed Material; APO Warrants: 24 Mag 2450, 24 Mag 2572, 24 Mag 2762, 24 Mag 2707, 24 Mag 1301 |
| 9 | SDNY_01_000009566 | SDNY_01_000009573 | Adams Devices and Accounts (full extractions) | Hard Drive | Disclosure Material |
| | | | **2024.10.18 Production 2** | | |
| 1 | SDNY_02_0000000001 | SDNY_02_0000000006 | Records received from Amazon | Hard Drive | Disclosure Material |
| 2 | SDNY_02_0000000007 | SDNY_02_0000000009 | Device received from Mohamed Bahi | Hard Drive | Sealed Material |
| 3 | SDNY_02_0000000010 | SDNY_02_0000000017 | Records received from Bank of America | Hard Drive | Disclosure Material |
| 4 | SDNY_02_0000000018 | SDNY_02_0000000019 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 5 | USAO-REL001-0000000001 | USAO-REL001-0000006052 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 6 | USAO-REL001-0000006053 | USAO-REL001-0000006083 | Records received from ActBlue | Hard Drive | Disclosure Material |
| 7 | USAO-REL001-0000006084 | USAO-REL001-0000006154 | Records received from FloTours | Hard Drive | Disclosure Material |
| 8 | USAO-REL001-0000006155 | USAO-REL001-0000006168 | Records received from GM Financial | Hard Drive | Disclosure Material |
| 9 | USAO-REL001-0000006169 | USAO-REL001-0000006369 | Records received from GoDaddy | Hard Drive | Disclosure Material |
| 10 | USAO-REL001-0000006370 | USAO-REL001-0000007430 | Records received from Goldman Sachs | Hard Drive | Disclosure Material |
| 11 | USAO-REL001-0000007431 | USAO-REL001-0000007671 | Records received from Google | Hard Drive | Disclosure Material |
| 12 | USAO-REL001-0000007672 | USAO-REL001-0000012556 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 13 | USAO-REL001-0000012557 | USAO-REL001-0000012945 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 14 | USAO-REL001-0000012946 | USAO-REL001-0000014071 | Records received from Hanover Bank | Hard Drive | Disclosure Material |
| 15 | USAO-REL001-0000014072 | USAO-REL001-0000014073 | Records received from Health Advantage Credit Union (Saginaw Medical FCU) | Hard Drive | Disclosure Material |
| 16 | USAO-REL001-0000014074 | USAO-REL001-0000014106 | Records received from Hilton | Hard Drive | Disclosure Material |
| 17 | USAO-REL001-0000014107 | USAO-REL001-0000014932 | Records received from HSBC | Hard Drive | Disclosure Material |
| 18 | USAO-REL001-0000014933 | USAO-REL001-0000015217 | Records received from Hyundai Motor Financing | Hard Drive | Disclosure Material |
| 19 | USAO-REL001-0000015218 | USAO-REL001-0000015459 | Records received from Industrial and Commercial Bank of China | Hard Drive | Disclosure Material |
| 20 | USAO-REL001-0000015460 | USAO-REL001-0000015892 | Records received from Investors Bank | Hard Drive | Disclosure Material |
| 21 | USAO-REL001-0000015893 | USAO-REL001-0000021874 | Records received from Janney MS | Hard Drive | Disclosure Material |
| 22 | USAO-REL001-0000021875 | USAO-REL001-0000055238 | Records received from JPMC | Hard Drive | Disclosure Material |
| 23 | USAO-REL001-0000055239 | USAO-REL001-0000055953 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 24 | USAO-REL001-0000055954 | USAO-REL001-0000055956 | Records received from Lumen (Century Link) (Level 3 Communications) | Hard Drive | Disclosure Material |
| 25 | USAO-REL001-0000055957 | USAO-REL001-0000055963 | Records received from Lyft | Hard Drive | Disclosure Material |
| 26 | USAO-REL001-0000055964 | USAO-REL001-0000056119 | Records received from M&T | Hard Drive | Disclosure Material |
| 27 | USAO-REL001-0000056120 | USAO-REL001-0000056134 | Records received from Macys | Hard Drive | Disclosure Material |
| 28 | USAO-REL001-0000056135 | USAO-REL001-0000056140 | Records received from Marriott | Hard Drive | Disclosure Material |
| 29 | USAO-REL001-0000056141 | USAO-REL001-0000056141 | Records received from Mastercard | Hard Drive | Disclosure Material |
| 30 | USAO-REL001-0000056142 | USAO-REL001-0000056146 | Records received from Mimecast | Hard Drive | Disclosure Material |
| 31 | USAO-REL001-0000056147 | USAO-REL001-0000056750 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 32 | USAO-REL001-0000056751 | USAO-REL001-0000058746 | Records received from Mr. Cooper | Hard Drive | Disclosure Material |
| 33 | USAO-REL001-0000058747 | USAO-REL001-0000059155 | Records received from Navient | Hard Drive | Disclosure Material |
| 34 | USAO-REL001-0000058952 | USAO-REL001-0000059156 | Records received from NJ DOL & WD | Hard Drive | Disclosure Material |
| 35 | USAO-REL001-0000059157 | USAO-REL001-0000059306 | Records received from NJ DORES | Hard Drive | Disclosure Material |
| 36 | USAO-REL001-0000059307 | USAO-REL001-0000059311 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 37 | USAO-REL001-0000059312 | USAO-REL001-0000059329 | Records received from Optimum | Hard Drive | Disclosure Material |
| 38 | USAO-REL001-0000059330 | USAO-REL001-0000059331 | Records received from Perfect Privacy (Webgroup) | Hard Drive | Disclosure Material |
| 39 | USAO-REL001-0000059332 | USAO-REL001-0000059332 | Records received from PNC Bank | Hard Drive | Disclosure Material |
| 40 | USAO-REL001-0000059333 | USAO-REL001-0000059513 | Records received from Professional Bank | Hard Drive | Disclosure Material |
| 41 | USAO-REL001-0000059514 | USAO-REL001-0000059524 | Records received from PSE&G | Hard Drive | Disclosure Material |
| 42 | USAO-REL001-0000059525 | USAO-REL001-0000059572 | Records received from Ridgewood Savings Bank | Hard Drive | Disclosure Material |
| 43 | USAO-REL001-0000059573 | USAO-REL001-0000059638 | Reecords received from Royal Business Bank | Hard Drive | Disclosure Material |
| 44 | USAO-REL001-0000059639 | USAO-REL001-0000059681 | Records received from SA Vacations | Hard Drive | Disclosure Material |
| 45 | USAO-REL001-0000059682 | USAO-REL001-0000059805 | Records received from Santander Bank | Hard Drive | Disclosure Material |
| 46 | USAO-REL001-0000059806 | USAO-REL001-0000059811 | Records received from NY Federal Reserve Bank | Hard Drive | Disclosure Material |
| 47 | USAO-REL001-0000059812 | USAO-REL001-0000070535 | Records received from NYC CFB | Hard Drive | Disclosure Material |
| 48 | USAO-REL001-0000070536 | USAO-REL001-0000074041 | Records received from NYC COIB | Hard Drive | Disclosure Material |
| 49 | USAO-REL001-0000074042 | USAO-REL001-0000074085 | Records received from NYC DCAS | Hard Drive | Disclosure Material |
| 50 | USAO-REL001-0000074086 | USAO-REL001-0000074103 | Records received from NYC DOE | Hard Drive | Disclosure Material |
| 51 | USAO-REL001-0000074104 | USAO-REL001-0000074105 | Records received from NYC DOI | Hard Drive | Disclosure Material |
| 52 | USAO-REL001-0000074106 | USAO-REL001-0000074214 | Records received from NYC DOS | Hard Drive | Disclosure Material |
| 53 | USAO-REL001-0000074215 | USAO-REL001-0000074298 | Records received from NYC OAG | Hard Drive | Disclosure Material |
| 54 | USAO-REL001-0000074299 | USAO-REL001-0000074909 | Records received from Office of the Mayor | Hard Drive | Disclosure Material |
| 55 | USAO-REL001-0000074910 | USAO-REL001-0000076220 | Records received from Eric Adams | Hard Drive | Sealed Material |
| 56 | USAO-REL001-0000076221 | USAO-REL001-0000076227 | Records received from Aeris Communications | Hard Drive | Protective Material |
| 57 | USAO-REL001-0000076228 | USAO-REL001-0000076401 | Records received from Ally Bank | Hard Drive | Disclosure Material |
| 58 | USAO-REL001-0000076402 | USAO-REL001-0000085879 | Records received from American Express | Hard Drive | Disclosure Material |
| 59 | USAO-REL001-0000085880 | USAO-REL001-0000086042 | Records received from Apple | Hard Drive | Disclosure Material |
| 60 | USAO-REL001-0000086043 | USAO-REL001-0000086202 | Records received from Astoria Bank (Webster Bank) | Hard Drive | Disclosure Material |
| 61 | USAO-REL001-0000086203 | USAO-REL001-0000142831 | Records received from AT&T | Hard Drive | Disclosure Material |
| 62 | USAO-REL001-0000142832 | USAO-REL001-0000142837 | Records received from Apple Cash - Green Dot Bank | Hard Drive | Disclosure Material |
| 63 | USAO-REL001-0000142838 | USAO-REL001-0000142839 | Records received from Berkshire Bank | Hard Drive | Disclosure Material |
| 64 | USAO-REL001-0000142840 | USAO-REL001-0000142911 | Records received from Bethpage FCU | Hard Drive | Disclosure Material |
| 65 | USAO-REL001-0000142912 | USAO-REL001-0000142922 | Records received from Bitly | Hard Drive | Disclosure Material |
| 66 | USAO-REL001-0000142923 | USAO-REL001-0000142936 | Records received from Block (CashApp) | Hard Drive | Disclosure Material |
| 67 | USAO-REL001-0000142937 | USAO-REL001-0000186138 | Records received from Brooklyn Borough Hall | Hard Drive | Disclosure Material |
| 68 | USAO-REL001-0000186139 | USAO-REL001-0000187350 | Records received from Capital One | Hard Drive | Disclosure Material |
| 69 | USAO-REL001-0000187351 | USAO-REL001-0000187481 | Records received from CarMax | Hard Drive | Disclosure Material |
| 70 | USAO-REL001-0000187482 | USAO-REL001-0000187976 | Records received from Cenlar Federal Savings | Hard Drive | Disclosure Material |
| 71 | USAO-REL001-0000187977 | USAO-REL001-0000187989 | Records received from Charles Schwab | Hard Drive | Disclosure Material |
| 72 | USAO-REL001-0000187990 | USAO-REL001-0000187996 | Records received from Charter Communications | Hard Drive | Disclosure Material |
| 73 | USAO-REL001-0000187997 | USAO-REL001-0000189634 | Records received from ConnectOne | Hard Drive | Disclosure Material |
| 74 | USAO-REL001-0000189635 | USAO-REL001-0000189642 | Records received from Cox Communications | Hard Drive | Disclosure Material |
| 75 | USAO-REL001-0000189643 | USAO-REL001-0000190595 | Records received from Discover | Hard Drive | Disclosure Material |
| 76 | USAO-REL001-0000190596 | USAO-REL001-0000190613 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 77 | USAO-REL001-0000190614 | USAO-REL001-0000190619 | Records received from Emirates Airlines | Hard Drive | Disclosure Material |
| 78 | USAO-REL001-0000190620 | USAO-REL001-0000190624 | Records received from ▓▓▓ | Hard Drive | Sealed Material |
| 79 | USAO-REL001-0000190625 | USAO-REL001-0000192052 | Records received from Equifax | Hard Drive | Disclosure Material |
| 80 | USAO-REL001-0000192053 | USAO-REL001-0000192079 | Records received from EWS (Zelle) | Hard Drive | Disclosure Material |
| 81 | USAO-REL001-0000192080 | USAO-REL001-0000192594 | Records received from Experian | Hard Drive | Disclosure Material |
| 82 | USAO-REL001-0000192595 | USAO-REL001-0000195387 | Records received from Fifth Third Bank | Hard Drive | Disclosure Material |
| 83 | USAO-REL001-0000195388 | USAO-REL001-0000211548 | Records received from Signature Bank | Hard Drive | Disclosure Material |
| 84 | USAO-REL001-0000211549 | USAO-REL001-0000221268 | Records received from Sparc Fire Protection | Hard Drive | Disclosure Material |
| 85 | USAO-REL001-0000221269 | USAO-REL001-0000221447 | Records received from Stripe | Hard Drive | Disclosure Material |
| 86 | USAO-REL001-0000221448 | USAO-REL001-0000222007 | Records received from Synchrony Bank | Hard Drive | Disclosure Material |
| 87 | USAO-REL001-0000222008 | USAO-REL001-0000222334 | Records received from TD Ameritrade - Charles Schwab | Hard Drive | Disclosure Material |
| 88 | USAO-REL001-0000222335 | USAO-REL001-0000248399 | Records received from TD Bank | Hard Drive | Disclosure Material |
| 89 | USAO-REL001-0000248400 | USAO-REL001-0000248481 | Records received from TIAA Bank | Hard Drive | Disclosure Material |

| # | Begin Bates | End Bates | Description | Media | Designation |
|---|---|---|---|---|---|
| 90 | USAO-REL001-0000248482 | USAO-REL001-0000249010 | Records received from T-Mobile | Hard Drive | Disclosure Material |
| 91 | USAO-REL001-0000249011 | USAO-REL001-0000249297 | Records received from Transunion | Hard Drive | Disclosure Material |
| 92 | USAO-REL001-0000249298 | USAO-REL001-0000249302 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 93 | USAO-REL001-0000249303 | USAO-REL001-0000249625 | Records received from Virginia Credit Union | Hard Drive | Disclosure Material |
| 94 | USAO-REL001-0000249626 | USAO-REL001-0000250572 | Records received from Wells Fargo | Hard Drive | Disclosure Material |
| 95 | USAO-REL001-0000250573 | USAO-REL001-0000250579 | Records received from WhatsApp | Hard Drive | Disclosure Material |
| 96 | USAO-REL001-0000250580 | USAO-REL001-0000250582 | Records received from Wix | Hard Drive | Disclosure Material |
| 97 | USAO-REL001-0000250583 | USAO-REL001-0000250965 | Records received from Yahoo | Hard Drive | Disclosure Material |
| 98 | USAO-REL001-0000250966 | USAO-REL001-0000250970 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 99 | USAO-REL001-0000250971 | USAO-REL001-0000263940 | Records received from Citibank | Hard Drive | Disclosure Material |
| 100 | USAO-REL001-0000263941 | USAO-REL001-0000264007 | Records received from Citizens Bank | Hard Drive | Disclosure Material |
| 101 | USAO-REL001-0000264008 | USAO-REL001-0000264037 | Records received from Coinbase | Hard Drive | Disclosure Material |
| 102 | USAO-REL001-0000264038 | USAO-REL001-0000264065 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 103 | USAO-REL001-0000264066 | USAO-REL001-0000264069 | Records received from Comcast | Hard Drive | Disclosure Material |
| 104 | USAO-REL001-0000264070 | USAO-REL001-0000264366 | Records received from Comenity Bank | Hard Drive | Disclosure Material |
| 105 | USAO-REL001-0000264367 | USAO-REL001-0000264368 | Records received from Community Bank | Hard Drive | Disclosure Material |
| 106 | USAO-REL001-0000264369 | USAO-REL001-0000264381 | Records received from Con Edison (New York) | Hard Drive | Disclosure Material |
| 107 | USAO-REL001-0000264382 | USAO-REL001-0000264384 | Records received from Con Edison (Southern California) | Hard Drive | Disclosure Material |
| 108 | USAO-REL001-0000264385 | USAO-REL001-0000265718 | Records received from ▇▇▇ | Hard Drive | Disclosure Material |
| 109 | USAO-REL001-0000265719 | USAO-REL001-0000265722 | Records received from Uber | Hard Drive | Disclosure Material |
| 110 | USAO-REL001-0000265723 | USAO-REL001-0000267259 | Records received from UBS | Hard Drive | Disclosure Material |
| 111 | USAO-REL001-0000267260 | USAO-REL001-0000267265 | Records received from Upstart Network Inc. | Hard Drive | Disclosure Material |
| 112 | USAO-REL001-0000267266 | USAO-REL001-0000267527 | Records received from US Bank | Hard Drive | Disclosure Material |
| 113 | USAO-REL001-0000267528 | USAO-REL001-0000267654 | Records received from USAA Federal Savings | Hard Drive | Disclosure Material |
| 114 | USAO-REL001-0000267655 | USAO-REL001-0000268239 | Records received from Valley National Bank | Hard Drive | Disclosure Material |
| 115 | USAO-REL001-0000268240 | USAO-REL001-0000268252 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 116 | USAO-REL001-0000268253 | USAO-REL001-0000268272 | Records received from Venmo | Hard Drive | Disclosure Material |
| 117 | USAO-REL001-0000268273 | USAO-REL001-0000273601 | Records received from Verizon | Hard Drive | Disclosure Material |
| 118 | USAO-REL001-0000273602 | USAO-REL001-0000279645 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 119 | USAO-REL001-0000279646 | USAO-REL001-0000288941 | Records received from Bank of America | Hard Drive | Disclosure Material |
| 120 | USAO-REL001-0000288942 | USAO-REL001-0000288982 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 121 | USAO-REL001-0000288983 | USAO-REL001-0000289219 | Records received from ▇▇▇ | Hard Drive | Disclosure Material |
| 122 | USAO-REL001-0000289220 | USAO-REL001-0000289236 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 123 | USAO-REL001-0000289237 | USAO-REL001-0000289438 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 124 | USAO-REL001-0000289439 | USAO-REL001-0000294075 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 125 | USAO-REL001-0000294076 | USAO-REL001-0000301401 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| 126 | USAO-REL001-0000301402 | USAO-REL001-0000301489 | Records received from ▇▇▇ | Hard Drive | Sealed Material |
| | | | **2024.10.25 Production 3** | | |
| 127 | SDNY_03_0000000001 | SDNY_03_0000000004 | Adams Devices Seized 9/26/24 (1B82, 1B83, 1B84, 1B85) (full extractions) | Hard Drive | Disclosure Material |
| 128 | SDNY_03_0000000005 | SDNY_03_0000000007 | Adams Devices (1B4 GJ, 1B5 GJ, 1B47) (initial responsive sets) | Hard Drive | Disclosure Material |
| 129 | SDNY_03_0000000008 | SDNY_03_0000000010 | ▇▇▇ Devices and Account (1B59, 1B60, 1B81) (initial responsive sets) | Hard Drive | Disclosure Material |
| 130 | USAO-REL002-0000000001 | USAO-REL002-0000429316 | Emails from City Hall | Hard Drive | Sealed Material |
| | | | **2024.11.01 Production 4** | | |
| 131 | SDNY_04_00000000001 | SDNY_04_00000000001 | Adams iCloud (1B6) (initial responsive set) | Hard Drive | Disclosure Material |
| 132 | SDNY_04_00000000002 | SDNY_04_00000000002 | ▇▇▇ iCloud (1B8) (initial responsive set) | Hard Drive | Sealed Material |
| 133 | SDNY_04_00000000003 | SDNY_04_00000000003 | ▇▇▇ iCloud (1B9) (initial responsive set) | Hard Drive | Sealed Material |
| 134 | SDNY_04_00000000004 | SDNY_04_00000000005 | ▇▇▇ Devices (1B32, 1B34) (initial responsive sets) | Hard Drive | Sealed Material |
| 135 | SDNY_04_00000000006 | SDNY_04_00000000006 | ▇▇▇ Device (1B45) (initial responsive set) | Hard Drive | Sealed Material |
| 136 | SDNY_04_00000000007 | SDNY_04_00000000008 | Adams Devices (1B46, 1B49) (initial responsive sets) | Hard Drive | Disclosure Material |
| 137 | SDNY_04_00000000009 | SDNY_04_00000000010 | ▇▇▇ Devices (1B51, 1B52) (initial responsive sets) | Hard Drive | Sealed Material |
| 138 | SDNY_04_00000000011 | SDNY_04_00000000015 | ▇▇▇ Devices (1B35, 1B36, 1B37, 1B38, 1B39) (initial responsive sets) | Hard Drive | Sealed Material |
| | | | **2024.11.13 Production 5** | | |
| 139 | SDNY_05_00000000001 | SDNY_05_00000000001 | 2703(d) returns | Hard Drive | Sealed Material |
| 140 | SDNY_05_00000000002 | SDNY_05_00000000002 | ▇▇▇ Account (1B4) (initial responsive set) | Hard Drive | Sealed Material |
| 141 | SDNY_05_00000000003 | SDNY_05_00000000003 | ▇▇▇ Device (1B33) (initial responsive set) | Hard Drive | Sealed Material |
| 142 | SDNY_05_00000000004 | SDNY_05_00000000004 | Adams Account (1B58) (initial responsive set) | Hard Drive | Disclosure Material |
| 143 | SDNY_04_00000000009 | SDNY_04_00000000009 | ▇▇▇ Device (1B51) (initial responsive set) (XML report format) | Hard Drive | Sealed Material |
| 144 | SDNY_04_00000000012 | SDNY_04_00000000012 | ▇▇▇ Device (1B36) (initial responsive set) (XML report format) | Hard Drive | Sealed Material |
| 145 | SDNY_04_00000000013 | SDNY_04_00000000013 | ▇▇▇ Device (1B37) (initial responsive set) (XML report format) | Hard Drive | Sealed Material |
| 146 | SDNY_04_00000000014 | SDNY_04_00000000014 | ▇▇▇ Device (1B38) (initial responsive set) (XML report format) | Hard Drive | Sealed Material |
| | | | **United States v. Lamor Whitehead, S1 22 Cr. 692 (LGS) Discovery Productions** | | |
| 147 | USAO_00000001 | USAO_00000011 | 2703(d) Materials | Hard Drive | Sealed Material |
| 148 | USAO_00000012 | USAO_00000023 | 2703(d) Returns | Hard Drive | Sealed Material |
| 149 | USAO_00000024 | USAO_00000204 | Adams Calendar | Hard Drive | Sealed Material |
| 150 | USAO_00000205 | USAO_00000233 | Criminal History Records | Hard Drive | AEO |
| 151 | USAO_00000234 | USAO_00000260 | Campaign Materials | Hard Drive | Sealed Material |
| 152 | USAO_00000261 | USAO_00000270 | Charging Instrument | Hard Drive | Disclosure Material |
| 153 | USAO_00000271 | USAO_00000419 | Church Materials | Hard Drive | Sealed Material |
| 154 | USAO_00000420 | USAO_00000430 | CS Recordings | Hard Drive | APO |
| 155 | USAO_00000512 | USAO_00000598 | Public Documents | Hard Drive | Disclosure Material |
| 156 | USAO_00000599 | USAO_00000981 | Real Estate Materials | Hard Drive | Sealed Material |
| 157 | USAO_00000982 | USAO_00009820 | Subpoena Returns | Hard Drive | Sealed Material |
| 158 | USAO_00009821 | USAO_00009821 | Campaign Materials | Hard Drive | Sealed Material |
| 159 | USAO_00000431 | USAO_00000511 | Whitehead Phone Screenshots | Hard Drive | Sealed Material |
| 160 | USAO_00009822 | USAO_00009913 | Pen Data | Hard Drive | Sealed Material |
| 161 | USAO_00009914 | USAO_00009923 | ▇▇▇ 302s and Notes | Hard Drive | APO |
| 162 | USAO_00009924 | USAO_00011717 | Subpoena Returns - First American | Hard Drive | Sealed Material |
| 163 | USAO_00011718 | USAO_00012200 | Subpoena Returns - FM Financial | Hard Drive | Sealed Material |
| 164 | USAO_00012201 | USAO_00012326 | Subpoena Returns - Kabbage | Hard Drive | Sealed Material |
| 165 | USAO_00012327 | USAO_00012327 | Subpoena Returns - Block | Hard Drive | APO |
| 166 | USAO_00012328 | USAO_00012668 | Subpoena Returns - State Farm | Hard Drive | Sealed Material |
| 167 | USAO_00012669 | USAO_00013375 | Subpoena Returns - TD Bank | Hard Drive | Sealed Material |
| 168 | USAO_00013376 | USAO_00013394 | Subpoena Returns - Verizon | Hard Drive | Sealed Material |
| 169 | USAO_00013395 | USAO_00013395 | Subpoena Returns - Wells Fargo | Hard Drive | Sealed Material |
| 170 | USAO_00013396 | USAO_00014474 | Warrant Returns | Hard Drive | Sealed Material |
| 171 | USAO_00014475 | USAO_00014805 | Warrants | Hard Drive | Sealed Material |
| 172 | USAO_00014806 | USAO_00015187 | Whitehead Phone Screenshots | Hard Drive | Sealed Material |
| 173 | USAO_00015188 | USAO_00015419 | FBI Records | Hard Drive | Sealed Material |
| 174 | USAO_00015420 | USAO_00015598 | Mapp Records | Hard Drive | Sealed Material |
| 175 | USAO_00015599 | USAO_00015611 | Open Door Employment | Hard Drive | Sealed Material |
| 176 | USAO_00015612 | USAO_00015614 | Pens | Hard Drive | Sealed Material |
| 177 | USAO_00015615 | USAO_00016025 | Subpoena Returns - Homebridge Financial Services | Hard Drive | Sealed Material |
| 178 | USAO_00016026 | USAO_00016216 | Subpoena Returns - M&T Bank | Hard Drive | APO |
| 179 | USAO_00016217 | USAO_00016433 | Subpoena Returns - State Farm | Hard Drive | Sealed Material |
| 180 | USAO_00016434 | USAO_00016437 | FBI Surveillance – SO10 | Hard Drive | Sealed Material |
| 181 | USAO_00016438 | USAO_00016442 | FBI Surveillance – SO6 | Hard Drive | Sealed Material |
| 182 | USAO_00016453 | USAO_00016459 | Video | Hard Drive | Sealed Material |
| 183 | USAO_00016460 | USAO_00016462 | Clear Skies Title Agency Materials | Hard Drive | APO |
| 184 | USAO_00016463 | USAO_00016478 | Fundera Materials | Hard Drive | Sealed Material |
| 185 | USAO_00016479 | USAO_00016775 | JPMC Materials | Hard Drive | APO |
| 186 | USAO_00016776 | USAO_00016790 | NJ DORES Materials | Hard Drive | Sealed Material |
| 187 | USAO_00016791 | USAO_00018399 | State Farm Materials | Hard Drive | Sealed Material |
| 188 | USAO_00018400 | USAO_00019094 | Wells Fargo Materials | Hard Drive | Sealed Material |
| 189 | USAO_00019095 | USAO_00019569 | FM Financial Materials | Hard Drive | Sealed Material |
| 190 | USAO_00019570 | USAO_00019570 | Fundera Materials | Hard Drive | Sealed Material |
| 191 | USAO_00019571 | USAO_00019578 | 1st American Lending Materials | Hard Drive | Sealed Material |
| 192 | USAO_00019579 | USAO_00019584 | Open Source Materials | Hard Drive | Sealed Material |
| 193 | USAO_00019585 | USAO_00019587 | Bank of America Materials | Hard Drive | Sealed Material |
| 194 | USAO_00019588 | USAO_00023181 | Investors Bank Materials | Hard Drive | APO |
| 195 | USAO_00023182 | USAO_00023227 | JPMC Materials | Hard Drive | APO |
| 196 | USAO_00023239 | USAO_00023325 | Court Records and Documents | Hard Drive | Disclosure Material |

| # | Start | End | Description | Media | Designation |
|---|---|---|---|---|---|
| 197 | USAO_00023326 | USAO_00023326 | Experian Record | Hard Drive | Sealed Material |
| 198 | USAO_00023327 | USAO_00023449 | Court Records and Documents | Hard Drive | Sealed Material |
| 199 | USAO_00023450 | USAO_00023522 | Criminal History Records | Hard Drive | AEO |
| 200 | USAO_00023523 | USAO_00023535 | DMV Records | Hard Drive | Sealed Material |
| 201 | USAO_00023536 | USAO_00023566 | Law Enforcement Reports | Hard Drive | Sealed Material |
| 202 | USAO_00023567 | USAO_00023571 | Additional Responsive Materials (1B2, 1B3, 1B17, 1B26) | Hard Drive | Sealed Material |
| 203 | USAO_00023574 | USAO_00023574 | Additional Responsive Materials, Axiom (1B12) | Hard Drive | Sealed Material |
| 204 | USAO_00023580 | USAO_00023634 | Sunset Equity Materials | Hard Drive | Sealed Material |
| 205 | USAO_00023635 | USAO_00023727 | Connect One Bank Materials | Hard Drive | Sealed Material |
| 206 | USAO_00023728 | USAO_00023728 | FM Financial Materials | Hard Drive | Sealed Material |
| 207 | USAO_00023729 | USAO_00023731 | FBI Post-Arrest Video Recording | Hard Drive | Sealed Material |
| 208 | USAO_00023732 | USAO_00023737 | Check Screenshots | Hard Drive | Sealed Material |
| 209 | USAO_00023738 | USAO_00023795 | Subpoena Returns | Hard Drive | Sealed Material |
| 210 | USAO_00023796 | USAO_00023799 | Instagram Screenshots | Hard Drive | Sealed Material |
| 211 | USAO_00023800 | USAO_00023819 | Fundera Materials | Hard Drive | Sealed Material |
| 212 | USAO_00023820 | USAO_00023823 | Swift Materials | Hard Drive | Sealed Material |
| 213 | USAO_00023824 | USAO_00023918 | Bankruptcy Materials | Hard Drive | Sealed Material |
| 214 | USAO_00023919 | USAO_00027064 | M&T Bank Materials | Hard Drive | APO |
| 215 | USAO_00027065 | USAO_00027103 | Recording | Hard Drive | APO |
| 216 | USAO_00027104 | USAO_00027107 | NYS DOS Materials | Hard Drive | Sealed Material |
| 217 | USAO_00027108 | USAO_00027108 | Contact List | Hard Drive | Sealed Material |
| 218 | USAO_00027109 | USAO_00027113 | Real Estate Records | Hard Drive | Sealed Material |
| 219 | USAO_00027114 | USAO_00027119 | NYPD Records | Hard Drive | Sealed Material |
| 220 | USAO_00027120 | USAO_00027363 | NYC CFB Contribution Cards | Hard Drive | APO |
| 221 | USAO_00027364 | USAO_00027370 | Draft Cell Site Maps | Hard Drive | Sealed Material |
| 222 | USAO_00027371 | USAO_00027372 | Draft Cell Site Maps | Hard Drive | Sealed Material |
| 223 | USAO_00027373 | USAO_00027385 | Responsive Materials for 1B2 and 1B3 Devices | Hard Drive | Sealed Material |
| 224 | USAO_00027386 | USAO_00027386 | Victim-2 Recording | Hard Drive | APO |
| 225 | USAO_00027387 | USAO_00027391 | Victim-2 Recording Metadata | Hard Drive | APO |
| 226 | USAO_00027392 | USAO_00027974 | AT&T Materials | Hard Drive | APO |
| 227 | USAO_00027975 | USAO_00028045 | Materials from the Brooklyn District Attorney's Office | Hard Drive | APO |
| 228 | USAO_00028046 | USAO_00029130 | Materials from the Brooklyn District Attorney's Office | Hard Drive | Sealed Material |
| 229 | USAO_00029131 | USAO_00029170 | Materials from the Brooklyn District Attorney's Office | Hard Drive | Sealed Material |
| 230 | USAO_00029171 | USAO_00029178 | NYS DOS Materials | Hard Drive | Sealed Material |
| 231 | USAO_00029179 | USAO_00029180 | Bank of America Materials | Hard Drive | Sealed Material |
| 232 | USAO_00029181 | USAO_00029185 | Publicly Available Materials | Hard Drive | Disclosure Material |
| 233 | USAO_00029186 | USAO_00029195 | Responsive Materials for 1B17 and 1B26 Devices | Hard Drive | Sealed Material |
| 234 | USAO_00029196 | USAO_00029229 | Subpoena Returns - T-Mobile | Hard Drive | APO |
| 235 | USAO_00029230 | USAO_00029923 | Subpoena Returns - Wells Fargo | Hard Drive | Sealed Material |
| 236 | USAO_00029924 | USAO_00029925 | Bank of America Materials | Hard Drive | Sealed Material |
| 237 | USAO_00029926 | USAO_00029928 | Photos | Hard Drive | Sealed Material |
| 238 | USAO_00029929 | USAO_00029932 | Instagram Images | Hard Drive | Sealed Material |
| 239 | USAO_00029933 | USAO_00029948 | Draft Cell Site Map | Hard Drive | Sealed Material |
| 240 | USAO_00029949 | USAO_00029951 | Victim-2 Recording Metadata | Hard Drive | APO |
| 241 | USAO_00029952 | USAO_00029968 | Fundera Materials | Hard Drive | Sealed Material |
| 242 | USAO_00029969 | USAO_00029984 | Responsive Materials for Device 1B2 | Hard Drive | Sealed Material |
| 243 | USAO_00029985 | USAO_00029985 | Connect One Materials | Hard Drive | Sealed Material |
| 244 | USAO_00029986 | USAO_00029986 | Victim-2 Recording Metadata | Hard Drive | APO |
| 245 | USAO_00029987 | USAO_00029994 | Images/Screenshots of Defendant's Home from Body Cam Videos | Hard Drive | Sealed Material |
| 246 | USAO_00029995 | USAO_00030007 | Materials from the Brooklyn DA's Office | Hard Drive | APO |
| 247 | USAO_00030008 | USAO_00030009 | Bank of America Subpoena Returns | Hard Drive | Sealed Material |
| 248 | USAO_00030010 | USAO_00030010 | Defendant Travel Records | Hard Drive | Sealed Material |
| 249 | USAO_00030011 | USAO_00030013 | FBI Reports | Hard Drive | Sealed Material |
| 250 | USAO_00030014 | USAO_00030020 | YouTube Materials | Hard Drive | Disclosure Material |
| 251 | USAO_00030021 | USAO_00030032 | Images from ▊▊▊▊ Phone | Hard Drive | Sealed Material |
| 252 | USAO_00030119 | USAO_00030119 | Swift Materials | Hard Drive | Sealed Material |
| 253 | USAO_00030120 | USAO_00030121 | Victim-2 Recordings | Hard Drive | APO |
| 254 | USAO_00030122 | USAO_00030440 | Wells Fargo Materials | Hard Drive | Sealed Material |
| 255 | USAO_00030441 | USAO_00030442 | Wells Fargo Materials | Hard Drive | Sealed Material |
| 256 | USAO_00030443 | USAO_00030465 | Transamerica Materials | Hard Drive | Sealed Material |
| 257 | USAO_00030466 | USAO_00030467 | Verizon Materials | Hard Drive | Sealed Material |
| 258 | USAO_00030468 | USAO_00031000 | 1st American Materials | Hard Drive | Sealed Material |
| 259 | USAO_00031001 | USAO_00031009 | Text Screenshots | Hard Drive | Sealed Material |
| | | | **2024.11.20 Production 6** | | |
| 260 | SDNY_06_00000000001 | SDNY_06_00000000002 | 2024.11.13 YouTube Videos | Hard Drive | Disclosure Material |
| 261 | SDNY_06_00000000003 | SDNY_06_00000000026 | 2024.05.22 Body Cam Footage | Hard Drive | Sealed Material |
| 262 | SDNY_06_00000000027 | SDNY_06_00000000048 | 2024.07.24 Body Cam Footage | Hard Drive | Sealed Material |
| 263 | SDNY_06_00000000049 | SDNY_06_00000000066 | 2024.09.26 Body Cam Footage | Hard Drive | Sealed Material |
| 264 | SDNY_06_00000000067 | SDNY_06_00000000080 | 2024.10.08 Body Cam Footage | Hard Drive | Sealed Material |
| 265 | SDNY_06_00000000081 | SDNY_06_00000000104 | 2023.11.02 Body Cam Footage | Hard Drive | Sealed Material |
| 266 | SDNY_06_00000000105 | SDNY_06_00000000110 | 2023.11.06 Body Cam Footage | Hard Drive | Sealed Material |
| 267 | SDNY_06_00000000111 | SDNY_06_00000000111 | ▊▊▊▊ Device (1B6 (GJ)) (initial responsive set) | Hard Drive | Sealed Material |
| 268 | SDNY_06_00000000112 | SDNY_06_00000000112 | Erden Arkan Device (1B10) (initial responsive set) | Hard Drive | Sealed Material |
| 269 | SDNY_06_00000000113 | SDNY_06_00000000113 | Erden Arkan Device (1B11) (initial responsive set) | Hard Drive | Sealed Material |
| 270 | SDNY_06_00000000114 | SDNY_06_00000000114 | Erden Arkan Device (1B12) (initial responsive set) | Hard Drive | Sealed Material |
| 271 | SDNY_06_00000000115 | SDNY_06_00000000115 | ▊▊▊▊ Device (1B77) (initial responsive set) | Hard Drive | Sealed Material |
| 272 | SDNY_06_00000000116 | SDNY_06_00000000116 | ▊▊▊▊ Device (1B78) (initial responsive set) | Hard Drive | Sealed Material |
| 273 | SDNY_06_00000000117 | SDNY_06_00000000117 | ▊▊▊▊ iCloud account (1B80) (initial responsive set) | Hard Drive | Sealed Material |
| 274 | SDNY_06_00000000118 | SDNY_06_00000000118 | ▊▊▊▊ iCloud account (1B81)(initial responsive set) | Hard Drive | Sealed Material |
| | | | **2024.11.26 Production 7** | | |
| 275 | SDNY_07_00000000001 | SDNY_07_00000000041 | Pen Register and location data | Hard Drive | Disclosure Material |
| 276 | SDNY_07_00000000042 | SDNY_07_00000000042 | ▊▊▊▊ iCloud account (1B4) (initial responsive set) | Hard Drive | Sealed Material |
| 277 | SDNY_07_00000000043 | SDNY_07_00000000043 | ▊▊▊▊ Device (1B5) (initial responsive set) | Hard Drive | Sealed Material |
| 278 | SDNY_07_00000000044 | SDNY_07_00000000044 | Erdan Arkan iCloud account (1B8) (initial responsive set) | Hard Drive | Sealed Material |
| 279 | SDNY_07_00000000045 | SDNY_07_00000000045 | Erdan Arkan Device (1B14) (initial responsive set) | Hard Drive | Sealed Material |
| 280 | SDNY_07_00000000046 | SDNY_07_00000000046 | ▊▊▊▊ Device (1B67) (initial responsive set) | Hard Drive | Sealed Material |
| 281 | SDNY_07_00000000047 | SDNY_07_00000000047 | ▊▊▊▊ Device (1B72) (initial responsive set) | Hard Drive | Sealed Material |
| 282 | USAO-REL003-0000000001 | USAO-REL003-0000000262 | Records received from ▊▊▊▊ | Hard Drive | Sealed Material |
| 283 | USAO-REL003-0000000263 | USAO-REL003-0000000263 | Records received from Hyundai Motor Financing | Hard Drive | Disclosure Material |
| 284 | USAO-REL003-0000000264 | USAO-REL003-0000000269 | Records received from Mimecast | Hard Drive | Disclosure Material |
| 285 | USAO-REL003-0000000270 | USAO-REL003-0000000276 | Records received from Aeris Communications | Hard Drive | Disclosure Material |
| 286 | USAO-REL003-0000000277 | USAO-REL003-0000001485 | Records received from Apple | Hard Drive | Disclosure Material |
| 287 | USAO-REL003-0000001486 | USAO-REL003-0000001487 | Records received from Berkshire Bank | Hard Drive | Disclosure Material |
| 288 | USAO-REL003-0000001488 | USAO-REL003-0000001602 | Records received from CarMax | Hard Drive | Disclosure Material |
| 289 | USAO-REL003-0000001603 | USAO-REL003-0000001992 | Records received from Yahoo | Hard Drive | Disclosure Material |
| 290 | USAO-REL003-0000001993 | USAO-REL003-0000002298 | Records received from Comenity Bank | Hard Drive | Disclosure Material |
| 291 | USAO-REL003-0000002299 | USAO-REL003-0000002450 | Records received from USAA Federal Savings | Hard Drive | Disclosure Material |
| 292 | USAO-REL003-0000002451 | USAO-REL003-0000002922 | Records received from Eric Adams | Hard Drive | Disclosure Material |
| 293 | USAO-REL003-0000002923 | USAO-REL003-0000106892 | Records received from Brooklyn Borough Hall | Hard Drive | Disclosure Material |
| 294 | USAO-REL003-0000106893 | USAO-REL003-0000106900 | Records received from ▊▊▊▊ | Hard Drive | Disclosure Material |
| 295 | USAO-REL003-0000106901 | USAO-REL003-0000106920 | Records received from ▊▊▊▊ | Hard Drive | Sealed Material |
| 296 | USAO-REL003-0000106921 | USAO-REL003-0000106923 | Records received from NYC DCAS | Hard Drive | Disclosure Material |
| 297 | USAO-REL003-0000106924 | USAO-REL003-0000107288 | Records received from the Office of the Mayor | Hard Drive | Sealed Material |
| 298 | USAO-REL003-0000107289 | USAO-REL003-0000107386 | Records received from ▊▊▊▊ | Hard Drive | Sealed Material |
| 299 | USAO-REL003-0000107387 | USAO-REL003-0000112033 | Records received from ▊▊▊▊ | Hard Drive | Sealed Material |
| 300 | USAO-REL003-0000112034 | USAO-REL003-0000112036 | Records received from ▊▊▊▊ | Hard Drive | Disclosure Material |
| 301 | USAO-REL003-0000112037 | USAO-REL003-0000112116 | Records received from Brooklyn Borough Hall | Hard Drive | Disclosure Material |
| 302 | USAO-REL003-0000112117 | USAO-REL003-0000112117 | Records received from Stripe | Hard Drive | Disclosure Material |
| 303 | USAO-REL003-0000112118 | USAO-REL003-0000112199 | Records received from NYC COIB | Hard Drive | Disclosure Material |
| 304 | USAO-REL003-0000112200 | USAO-REL003-0000112201 | Records received from Bank of America | Hard Drive | Disclosure Material |
| 305 | USAO-REL003-0000112202 | USAO-REL003-0000119502 | Records received from Citizens Bank | Hard Drive | Disclosure Material |

| # | Begin Bates | End Bates | Description | Media | Designation |
|---|---|---|---|---|---|
| 306 | USAO-REL003-0000119503 | USAO-REL003-0000119525 | Records received from Credit One Bank | Hard Drive | Disclosure Material |
| 307 | USAO-REL003-0000119526 | USAO-REL003-0000119534 | Records received from Investors Bank | Hard Drive | Disclosure Material |
| 308 | USAO-REL003-0000119535 | USAO-REL003-0000129606 | Records received from Fifth Third Bank | Hard Drive | Disclosure Material |
| 309 | USAO-REL003-0000129607 | USAO-REL003-0000146935 | Records received from JPMC | Hard Drive | Disclosure Material |
| 310 | USAO-REL003-0000146936 | USAO-REL003-0000146946 | Records received from Mr. Cooper | Hard Drive | Disclosure Material |
| 311 | USAO-REL003-0000146947 | USAO-REL003-0000146980 | Records received from NYC CFB | Hard Drive | Disclosure Material |
| 312 | USAO-REL003-0000146981 | USAO-REL003-0000146981 | Records received from TIAA Bank | Hard Drive | Disclosure Material |
| 313 | USAO-REL003-0000146982 | USAO-REL003-0000154719 | Records received from TD Bank | Hard Drive | Disclosure Material |
| 314 | USAO-REL003-0000154720 | USAO-REL003-0000167092 | Records received from Valley National Bank | Hard Drive | Disclosure Material |
| 315 | USAO-REL003-0000167093 | USAO-REL003-0000169036 | Records received from UBS | Hard Drive | Disclosure Material |
| 316 | USAO-REL003-0000169037 | USAO-REL003-0000169037 | Records received from Stripe | Hard Drive | Disclosure Material |
| 317 | USAO-REL003-0000169038 | USAO-REL003-0000169304 | Records received from Eric Adams | Hard Drive | Disclosure Material |
| 318 | USAO-REL003-0000169305 | USAO-REL003-0000183256 | Records received from the Office of the Mayor | Hard Drive | Sealed Material |
| 319 | USAO-REL003-0000183257 | USAO-REL003-0000188345 | Records received from ▮▮▮ | Hard Drive | Sealed Material |
| | | | **2024.12.02 Production 8** | | |
| 320 | SDNY_08_00000000001 | SDNY_08_00000000001 | ▮▮▮ Device (1B71) (initial responsive set) | Hard Drive | Sealed Material |
| 321 | SDNY_08_00000000002 | SDNY_08_00000000002 | Mohamed Bahi Device (1B74) (initial responsive set) | Hard Drive | Sealed Material |
| 322 | SDNY_08_00000000003 | SDNY_08_00000000003 | Mohamed Bahi Device (1B79) (initial responsive set) | Hard Drive | Sealed Material |
| 323 | SDNY_08_00000000004 | SDNY_08_00000000004 | ▮▮▮ Device (1B89) (initial responsive set) | Hard Drive | Sealed Material |
| 324 | SDNY_08_00000000005 | SDNY_08_00000000005 | Mohamed Bahi Device (1B75) (initial responsive set) | Hard Drive | Sealed Material |
| 325 | USAO-REL004-0000000001 | USAO-REL004-0000154006 | Erden Arkan Device Extraction (1B10) (initial responsive set) | Hard Drive | Sealed Material |
| 326 | USAO-REL004-0000154007 | USAO-REL004-0000169569 | Erden Arkan Device Extraction (1B11) (initial responsive set) | Hard Drive | Sealed Material |
| 327 | USAO-REL004-0000169570 | USAO-REL004-0000175142 | ▮▮▮ Device Extraction (1B23) (initial responsive set) | Hard Drive | Sealed Material |
| 328 | USAO-REL004-0000175143 | USAO-REL004-0000178680 | ▮▮▮ Device Extraction (1B24) (initial responsive set) | Hard Drive | Sealed Material |
| 329 | USAO-REL004-0000178681 | USAO-REL004-0000178821 | ▮▮▮ Device Extraction (1B32) (initial responsive set) | Hard Drive | Sealed Material |
| 330 | USAO-REL004-0000178822 | USAO-REL004-0000181837 | ▮▮▮ Device Extraction (1B33) (initial responsive set) | Hard Drive | Sealed Material |
| 331 | USAO-REL004-0000181838 | USAO-REL004-0000189999 | ▮▮▮ Device Extraction (1B35) (initial responsive set) | Hard Drive | Sealed Material |
| 332 | USAO-REL004-0000190000 | USAO-REL004-0000195105 | ▮▮▮ Device Extraction (1B37) (initial responsive set) | Hard Drive | Sealed Material |
| 334 | USAO-REL004-0000195106 | USAO-REL004-0000195548 | Eric Adams Device Extraction (1B46) (initial responsive set) | Hard Drive | Sealed Material |
| 335 | USAO-REL004-0000195549 | USAO-REL004-0000196372 | Eric Adams Device Extraction (1B47) (initial responsive set) | Hard Drive | Sealed Material |
| 336 | USAO-REL004-0000196373 | USAO-REL004-0000204216 | Eric Adams Device Extraction (1B49) (initial responsive set) | Hard Drive | Sealed Material |
| 337 | USAO-REL004-0000204217 | USAO-REL004-0000208825 | Eric Adams Device Extraction (1B5 GJ) (initial responsive set) | Hard Drive | Sealed Material |
| 338 | USAO-REL004-0000208826 | USAO-REL004-0000208853 | ▮▮▮ Device Extraction (1B52) (initial responsive set) | Hard Drive | Sealed Material |
| 339 | USAO-REL004-0000208854 | USAO-REL004-0000209428 | Eric Adams iCloud Extraction (1B58) (initial responsive set) | Hard Drive | Sealed Material |
| 340 | USAO-REL004-0000209429 | USAO-REL004-0000210733 | ▮▮▮ Device Extraction (1B59) (initial responsive set) | Hard Drive | Sealed Material |
| 341 | USAO-REL004-0000210730 | USAO-REL004-0000210800 | ▮▮▮ Device Extraction (1B60) (initial responsive set) | Hard Drive | Sealed Material |
| 342 | USAO-REL004-0000210801 | USAO-REL004-0000211047 | ▮▮▮ Device Extraction (1B71) (initial responsive set) | Hard Drive | Sealed Material |
| 343 | USAO-REL004-0000211048 | USAO-REL004-0000211084 | ▮▮▮ Device Extraction (1B77) (initial responsive set) | Hard Drive | Sealed Material |
| 344 | USAO-REL004-0000211085 | USAO-REL004-0000211154 | ▮▮▮ iCloud Extraction (1B81) (initial responsive set) | Hard Drive | Sealed Material |
| 345 | USAO-REL004-0000211155 | USAO-REL004-0000211776 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 346 | USAO-REL004-0000211777 | USAO-REL004-0000211862 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 347 | USAO-REL004-0000211863 | USAO-REL004-0000212016 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 348 | USAO-REL004-0000212017 | USAO-REL004-0000212047 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 349 | USAO-REL004-0000212048 | USAO-REL004-0000212247 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 350 | USAO-REL004-0000212248 | USAO-REL004-0000212281 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 351 | USAO-REL004-0000212282 | USAO-REL004-0000212328 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 352 | USAO-REL004-0000212329 | USAO-REL004-0000212338 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 353 | USAO-REL004-0000212339 | USAO-REL004-0000212368 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 354 | USAO-REL004-0000212369 | USAO-REL004-0000212411 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 355 | USAO-REL004-0000212418 | USAO-REL004-0000212704 | Erden Arkan Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 356 | USAO-REL004-0000212705 | USAO-REL004-0000212856 | ▮▮▮ Google Account (initial responsive set) | Hard Drive | Sealed Material |
| 357 | USAO-REL005-0000000001 | USAO-REL005-0000000002 | Records received from Binance | Hard Drive | Disclosure Material |
| 358 | USAO-REL005-0000000003 | USAO-REL005-0000000028 | Records received from ActBlue | Hard Drive | Disclosure Material |
| 359 | USAO-REL005-0000000029 | USAO-REL005-0000004023 | Records received from American Express | Hard Drive | Disclosure Material |
| 360 | USAO-REL005-0000004024 | USAO-REL005-0000004024 | Records received from AT&T | Hard Drive | Disclosure Material |
| 361 | USAO-REL005-0000004025 | USAO-REL005-0000004025 | Records received from Bank of America | Hard Drive | Disclosure Material |
| 362 | USAO-REL005-0000004026 | USAO-REL005-0000004775 | Records received from Citi Bank | Hard Drive | Disclosure Material |
| 363 | USAO-REL005-0000004776 | USAO-REL005-0000004777 | Records received from Cloudflare | Hard Drive | Disclosure Material |
| 364 | USAO-REL005-0000004778 | USAO-REL005-0000007703 | Records received from Eagle Bank | Hard Drive | Disclosure Material |
| 365 | USAO-REL005-0000007704 | USAO-REL005-0000007708 | Records received from EWS (Zelle) | Hard Drive | Disclosure Material |
| 366 | USAO-REL005-0000007709 | USAO-REL005-0000007875 | Records received from Experian | Hard Drive | Disclosure Material |
| 367 | USAO-REL005-0000007876 | USAO-REL005-0000007883 | Records received from Google | Hard Drive | Disclosure Material |
| 368 | USAO-REL005-0000007884 | USAO-REL005-0000008867 | Records received from JPMC | Hard Drive | Disclosure Material |
| 369 | USAO-REL005-0000008868 | USAO-REL005-0000008868 | Records received from NY Federal Reserve Bank | Hard Drive | Disclosure Material |
| 370 | USAO-REL005-0000008869 | USAO-REL005-0000008917 | Records received from NYC CFB | Hard Drive | Disclosure Material |
| 371 | USAO-REL005-0000008918 | USAO-REL005-0000008923 | Records received from Pacific Wyyerd | Hard Drive | Disclosure Material |
| 372 | USAO-REL005-0000008924 | USAO-REL005-0000009020 | Records received from TD Bank | Hard Drive | Disclosure Material |
| 373 | USAO-REL005-0000009021 | USAO-REL005-0000009061 | Records received from T-Mobile | Hard Drive | Disclosure Material |
| 374 | USAO-REL005-0000009062 | USAO-REL005-0000009175 | Records received from US Bank | Hard Drive | Disclosure Material |
| 375 | USAO-REL005-0000009176 | USAO-REL005-0000009178 | Records received from Uzbek Airways | Hard Drive | Disclosure Material |
| 376 | USAO-REL005-0000009179 | USAO-REL005-0000009313 | Records received from Verizon | Hard Drive | Disclosure Material |
| 377 | USAO-REL005-0000009314 | USAO-REL005-0000009351 | Records received from Wayne Bank | Hard Drive | Disclosure Material |
| 378 | USAO-REL005-0000009352 | USAO-REL005-0000010142 | Records received from Wells Fargo | Hard Drive | Disclosure Material |
| 379 | USAO-REL005-0000010143 | USAO-REL005-0000185776 | Records received from Brooklyn Borough Hall | Hard Drive | Disclosure Material |
| 380 | USAO-REL006-0000000001 | USAO-REL006-0000000067 | Anthony Saccavino official emails | Hard Drive | Sealed Material |
| 381 | USAO-REL006-0000000068 | USAO-REL006-0000000100 | Brian Cordasco official emails | Hard Drive | Sealed Material |
| 382 | USAO-REL006-0000000101 | USAO-REL006-0000000125 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 383 | USAO-REL006-0000000126 | USAO-REL006-0000000158 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 384 | USAO-REL006-0000000159 | USAO-REL006-0000000176 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 385 | USAO-REL006-0000000177 | USAO-REL006-0000000509 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 386 | USAO-REL006-0000000510 | USAO-REL006-0000001200 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 387 | USAO-REL006-0000001201 | USAO-REL006-0000001203 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 388 | USAO-REL006-0000001204 | USAO-REL006-0000001414 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 389 | USAO-REL006-0000001415 | USAO-REL006-0000001580 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 390 | USAO-REL006-0000001581 | USAO-REL006-0000001689 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 391 | USAO-REL006-0000001690 | USAO-REL006-0000002305 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 392 | USAO-REL006-0000002306 | USAO-REL006-0000002475 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 393 | USAO-REL006-0000002476 | USAO-REL006-0000002492 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| 394 | USAO-REL006-0000002493 | USAO-REL006-0000002569 | ▮▮▮ official emails | Hard Drive | Sealed Material |
| | | | **2024.12.04 Production 9** | | |
| 395 | SDNY_09_0000000001 | SDNY_09_0000000004 | ▮▮▮ Phone Consent Search | Hard Drive | Sealed Material |
| 396 | SDNY_09_0000000005 | SDNY_09_0000000047 | Adams Statements Through Attorneys | Hard Drive | Disclosure Material |
| 397 | SDNY_09_0000000048 | SDNY_09_0000000068 | ▮▮▮ Phone | Hard Drive | Sealed Material |
| 398 | SDNY_09_0000000069 | SDNY_09_0000000307 | Adams Financial Disclosure Forms | Hard Drive | Disclosure Material |
| 399 | SDNY_09_0000000308 | SDNY_09_0000000577 | Draft Translations | Hard Drive | Sealed Material |
| 400 | SDNY_09_0000000578 | SDNY_09_0000002432 | FBI Case File | Hard Drive | Sealed Material |
| 401 | SDNY_09_0000002433 | SDNY_09_0000002544 | FDNY Records | Hard Drive | Sealed Material |
| 402 | SDNY_09_0000002545 | SDNY_09_0000002655 | MLAT | Hard Drive | Disclosure Material |
| 403 | SDNY_09_0000002656 | SDNY_09_0000003195 | Open Source Records | Hard Drive | Disclosure Material |
| 404 | SDNY_09_0000003196 | SDNY_09_0000003196 | Intentionally Omitted | Hard Drive | N/A |
| | SDNY_09_0000003197 | SDNY_09_0000003635 | Open Source Records | Hard Drive | Disclosure Material |
| 405 | SDNY_09_0000003636 | SDNY_09_0000003660 | Pen Register and Cellphone Location Data | Hard Drive | Disclosure Material |
| 406 | SDNY_09_0000003661 | SDNY_09_0000003669 | Pen Registers | Hard Drive | Disclosure Material |
| 407 | SDNY_09_0000003670 | SDNY_09_0000003699 | Production from DANY | Hard Drive | Sealed Material |
| 408 | SDNY_09_0000003700 | SDNY_09_0000003938 | Search Warrants | Hard Drive | Sealed Material; APO Warrant 24 Mag. 3541 |
| 409 | SDNY_09_0000003939 | SDNY_09_0000007238 | Subpoena Returns and Voluntary Productions | Hard Drive | Disclosure Material; Sealed Material: SDNY_09_00000003939-46 and SDNY_09_00000007144-48 |

| # | Begin Bates | End Bates | Description | Media | Designation |
|---|---|---|---|---|---|
| 410 | SDNY_09_0000007239 | SDNY_09_0000009156 | SW Returns | Hard Drive | Disclosure Material |
| 411 | SDNY_09_0000009157 | SDNY_09_0000009542 | Tax Order | Hard Drive | Sealed Material |
| 412 | SDNY_09_0000009543 | SDNY_09_0000010221 | Witness Statements | Hard Drive | APO |
| 413 | SDNY_09_0000010222 | SDNY_09_0000010597 | Miscellaneous Records | Hard Drive | Sealed Material |
|  | SDNY_09_0000010598 | SDNY_09_0000010598 | ▮▮▮▮ Device (1B9) (additional responsive set) | Hard Drive | Disclosure Material |
|  | SDNY_09_0000010599 | SDNY_09_0000010599 | Eric Adams Device (1B58) (additonal responsive sets) | Hard Drive | Sealed Material |
| | | | **2025.01.16 Production 10** | | |
| 414 | SDNY_10_0000010600 | SDNY_10_0000010603 | Draft Translations | Hard Drive | Sealed Material |
| 415 | SDNY_10_0000010604 | SDNY_10_0000010604 | EA Yahoo Account (full extraction) | Hard Drive | Disclosure Material |
| 416 | USAO-REL009-0000000001 | USAO-REL009-0000011888 | EA Yahoo Account (Intial responsive set) | Hard Drive | Sealed Material |
| 417 | SDNY_10_0000010605 | SDNY_10_0000010734 | FBI Case File | Hard Drive | Sealed Material |
| 418 | SDNY_10_0000010735 | SDNY_10_0000010749 | Pen Register and Cellphone Location Data | Hard Drive | Sealed Material |
| 419 | SDNY_10_0000010750 | SDNY_10_0000010940 | Search Warrants | Hard Drive | Sealed Material |
| 420 | SDNY_10_0000010941 | SDNY_10_0000010941 | Intentionally Omitted | Hard Drive | N/A |
|  | SDNY_10_0000010942 | SDNY_10_0000010942 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 421 | FK_SDNY_00000001 | FK_SDNY_00001839 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 422 | USAO-REL007-0000000001 | USAO-REL007-0000000001 | Materials received from ActBlue | Hard Drive | Disclosure Material |
| 423 | USAO-REL007-0000000002 | USAO-REL007-0000030977 | Materials received from Eric Adams | Hard Drive | Disclosure Material |
| 424 | USAO-REL007-0000030978 | USAO-REL007-0000030979 | Materials received from Apple | Hard Drive | Disclosure Material |
| 425 | USAO-REL007-0000030980 | USAO-REL007-0000030983 | Materials received from Board of Elections | Hard Drive | Disclosure Material |
| 426 | USAO-REL007-0000030984 | USAO-REL007-0000031030 | Materials received from Brooklyn Borough Hall | Hard Drive | Disclosure Material |
| 427 | USAO-REL007-0000031031 | USAO-REL007-0000034101 | Materials received from Citibank | Hard Drive | Disclosure Material |
| 428 | USAO-REL007-0000034102 | USAO-REL007-0000034103 | Materials received from Coinbase | Hard Drive | Disclosure Material |
| 429 | USAO-REL007-0000034104 | USAO-REL007-0000034127 | Materials received from Experian | Hard Drive | Disclosure Material |
| 430 | USAO-REL007-0000034128 | USAO-REL007-0000034908 | Materials received from JPMC | Hard Drive | Disclosure Material |
| 431 | USAO-REL007-0000034909 | USAO-REL007-0000035124 | Materials received from Meta | Hard Drive | Disclosure Material |
| 432 | USAO-REL007-0000035125 | USAO-REL007-0000035130 | Materials received from the Office of the Mayor | Hard Drive | Disclosure Material |
| 433 | USAO-REL007-0000035131 | USAO-REL007-0000035219 | Materials received from T-Mobile | Hard Drive | Disclosure Material |
| 434 | USAO-REL007-0000035220 | USAO-REL007-0000035253 | Materials received from Verizon | Hard Drive | Disclosure Material |
| 435 | USAO-REL007-0000035254 | USAO-REL007-0000080681 | Materials received from the Office of the Mayor | Hard Drive | Disclosure Material |
| 436 | USAO-REL007-0000080682 | USAO-REL007-0000081014 | Materials received from the Office of the Mayor Financial Services | Hard Drive | Disclosure Material |
| 437 | USAO-REL008-0000000001 | USAO-REL008-0000000072 | Materials received from Capital One | Hard Drive | Disclosure Material |
| 438 | USAO-REL008-0000000073 | USAO-REL008-0000000264 | Materials received from Citibank | Hard Drive | Disclosure Material |
| 439 | USAO-REL008-0000000265 | USAO-REL008-0000007833 | Materials received from JPMC | Hard Drive | Disclosure Material |
| 440 | USAO-REL008-0000007834 | USAO-REL008-0000007947 | Materials received from PNC Bank | Hard Drive | Disclosure Material |
| 441 | USAO-REL008-0000007948 | USAO-REL008-0000008836 | Materials received from TD Bank | Hard Drive | Disclosure Material |
| 442 | USAO-REL008-0000008837 | USAO-REL008-0000017258 | Materials received from NYC CFB | Hard Drive | Disclosure Material |
| 443 | USAO-REL008-0000017259 | USAO-REL008-0000017324 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 444 | SDNY_10_0000010943 | SDNY_10_0000011839 | Travel Records | Hard Drive | Sealed Material |
| 445 | SDNY_10_0000011840 | SDNY_10_0000011922 | Witness Statements | Hard Drive | APO |
| | | | **United States v. Lamor Whitehead, S1 22 Cr. 692 (LGS) Discovery Productions** | | |
| 446 | USAO_00000431 | USAO_00000511 | Whitehead Phone Screenshots | Hard Drive | Sealed Material |
| 447 | USAO_00009822 | USAO_00009913 | Pen Data (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 448 | USAO_00009914 | USAO_00009923 | ▮▮▮▮ 302s and Notes (Whitehead Reproduction) | Hard Drive | APO |
| 449 | USAO_00009924 | USAO_00013395 | Subpoena Returns (Whitehead Reproduction) | Hard Drive | Sealed Material (APO: USAO_00012327) |
| 450 | USAO_00013396 | USAO_00014474 | Warrant Returns (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 451 | USAO_00014475 | USAO_00014805 | Warrants (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 452 | USAO_00014806 | USAO_00015187 | Whitehead Phone Screenshots (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 453 | SDNY_10_0000011923 | SDNY_10_0000011929 | Bodycam Videos (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 454 | USAO_00015188 | USAO_00015419 | FBI Records (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 455 | USAO_00015420 | USAO_00015598 | Mapp Records (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 456 | USAO_00015599 | USAO_00015611 | Open Door Employment (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 457 | USAO_00015612 | USAO_00015614 | Pens (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 458 | USAO_00015615 | USAO_00016433 | Subpoena Returns (Whitehead Reproduction) | Hard Drive | Sealed Material (APO: USAO_00016026-16216) |
| 459 | USAO_00016434 | USAO_00016437 | FBI Surveillance - SO10 (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 460 | USAO_00016438 | USAO_00016442 | FBI Surveillance - SO6 (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 461 | USAO_00016453 | USAO_00016459 | Video (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 462 | USAO_00016460 | USAO_00016462 | Clear Skies Title Agency Materials (Whitehead Reproduction) | Hard Drive | APO |
| 463 | USAO_00016463 | USAO_00016478 | Funders Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 464 | USAO_00016479 | USAO_00016775 | JPMC Materials (Whitehead Reproduction) | Hard Drive | APO |
| 465 | USAO_00016776 | USAO_00016790 | NJ DORES Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 466 | USAO_00016791 | USAO_00018399 | State Farm Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 467 | USAO_00018400 | USAO_00019094 | Wells Fargo Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 468 | USAO_00019095 | USAO_00019569 | FM Financial Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 469 | USAO_00019571 | USAO_00019578 | 1st American Lending Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 470 | USAO_00019579 | USAO_00019584 | Open Source Materials (Whitehead Reproduction) | Hard Drive | Sealed Material |
| | | | **2025.02.03 Production 11** | | |
| 471 | SDNY_11_0000000001 | SDNY_11_0000000036 | Adams Public Statements | Hard Drive | Disclosure Material |
| 472 | SDNY_11_0000000037 | SDNY_11_0000000277 | Materials from DANY | Hard Drive | Sealed Material |
| 473 | SDNY_11_0000000278 | SDNY_11_0000000280 | Draft Translations | Hard Drive | Sealed Material |
| 474 | SDNY_11_0000000281 | SDNY_11_0000000346 | FBI Records | Hard Drive | Sealed Material |
| 475 | SDNY_11_0000000376 | SDNY_11_0000000532 | Materials from Other Investigations | Hard Drive | APO |
| 476 | SDNY_11_0000000533 | SDNY_11_0000001233 | Search Warrants | Hard Drive | Sealed Material |
| 477 | SDNY_11_0000001234 | SDNY_11_0000001261 | Materials received from Capital One | Hard Drive | Disclosure Material |
|  | SDNY_11_0000001262 | SDNY_11_0000001279 | Subpoena Return Cover Letters | Hard Drive | Sealed Material |
|  | SDNY_11_0000001280 | SDNY_11_0000001281 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
|  | SDNY_11_0000001282 | SDNY_11_0000001382 | Materials received from JPMC | Hard Drive | Disclosure Material |
|  | SDNY_11_0000001383 | SDNY_11_0000001396 | Materials received from Marmara | Hard Drive | Disclosure Meetrial |
|  | SDNY_11_0000001397 | SDNY_11_0000001399 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 478 | SDNY_11_0000001400 | SDNY_11_0000001656 | SW Returns | Hard Drive | Sealed Material |
| 479 | USAO_00019570 | USAO_00019570 | Subpoena Return (Whitehead Reproduction) | Hard Drive | Sealed Material |
| 480 | USAO-REL010-0000000001 | USAO-REL010-0000000509 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 481 | USAO-REL010-0000000510 | USAO-REL010-0000000897 | Materials received from Mainchance | Hard Drive | Sealed Material |
| 482 | USAO-REL010-0000000898 | USAO-REL010-0000001450 | Materials received from JPMC | Hard Drive | Disclosure Material |
| 483 | USAO-REL010-0000001451 | USAO-REL010-0000001502 | Materials received from Capital One | Hard Drive | Disclosure Material |
| 484 | USAO-REL010-0000001503 | USAO-REL010-0000001607 | Materials received from Citi Bank | Hard Drive | Disclosure Material |
| 485 | USAO-REL010-0000001608 | USAO-REL010-0000001637 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 486 | USAO-REL010-0000001638 | USAO-REL010-0000001729 | Materials received from Goldman Sachs | Hard Drive | Disclosure Material |
| 487 | USAO-REL010-0000001730 | USAO-REL010-0000002872 | Materials received from JPMC | Hard Drive | Disclosure Material |
| 488 | USAO-REL010-0000002873 | USAO-REL010-0000002906 | Materials received from NYC CFB | Hard Drive | Disclosure Material |
| 489 | USAO-REL010-0000002907 | USAO-REL010-0000002907 | Materials received from Stripe | Hard Drive | Disclosure Material |
| 490 | USAO-REL010-0000002908 | USAO-REL010-0000002934 | Materials received from Synchrony Bank | Hard Drive | Disclosure Material |
| 491 | USAO-REL010-0000002935 | USAO-REL010-0000003320 | Materials received from TD Bank | Hard Drive | Disclosure Material |
| 492 | USAO-REL010-0000003321 | USAO-REL010-0000003322 | Materials received from Verizon | Hard Drive | Disclosure Material |
| 493 | USAO-REL010-0000003323 | USAO-REL010-0000003361 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 494 | USAO-REL010-0000003362 | USAO-REL010-0000003675 | Materials received from NYPD | Hard Drive | Disclosure Material |
| 495 | USAO-REL010-0000003676 | USAO-REL010-0000003766 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 496 | USAO-REL010-0000003767 | USAO-REL010-0000003776 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 497 | USAO-REL010-0000003777 | USAO-REL010-0000003801 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 498 | USAO-REL010-0000003802 | USAO-REL010-0000003809 | Materials received from NYC CFB | Hard Drive | Disclosure Material |
| 499 | USAO-REL010-0000003810 | USAO-REL010-0000003876 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 500 | USAO-REL010-0000003877 | USAO-REL010-0000003891 | Materials received from ActBlue | Hard Drive | Disclosure Material |
| 501 | USAO-REL010-0000003892 | USAO-REL010-0000004046 | Materials received from Bank of America | Hard Drive | Disclosure Material |
| 502 | USAO-REL010-0000004047 | USAO-REL010-0000004166 | Materials received from HSBC | Hard Drive | Disclosure Material |
| 503 | USAO-REL010-0000004167 | USAO-REL010-0000005030 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 504 | USAO-REL010-0000005030 | USAO-REL010-0000005033 | Materials received from T-Mobile | Hard Drive | Disclosure Material |
| 505 | USAO-REL010-0000005034 | USAO-REL010-0000007528 | Materials received from JPMC | Hard Drive | Disclosure Material |
| 506 | USAO-REL010-0000007529 | USAO-REL010-0000008929 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 507 | USAO-REL010-0000008930 | USAO-REL010-0000008943 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 508 | USAO-REL010-0000008944 | USAO-REL010-0000008945 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 509 | USAO-REL010-0000008946 | USAO-REL010-0000008947 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 510 | USAO-REL010-0000008948 | USAO-REL010-0000010786 | Materials received from ▮▮▮▮ | Hard Drive | Sealed Material |
| 511 | USAO-REL010-0000010787 | USAO-REL010-0000979383 | Materials received from The Office of the Mayor | Hard Drive | Disclosure Material |