

**New York City Campaign Finance Board**
100 Church Street, 12th Floor, New York, NY 10007
212.409.1800 | www.nyccfb.info

Frederick P. Schaffer
*Chair*

Gregory T. Camp
Richard J. Davis
Lawrence Moskowitz
Dawn L. Smalls
*Members*

Paul Seamus Ryan
*Executive Director*

The Court is in receipt of the endorsed letter which was received via email. The Clerk of Court is respectfully directed to add the New York City Campaign Finance Board as an interested party on the docket in this matter. **SO ORDERED.**

*/s/ Dale E. Ho*
Dale E. Ho
United States Distract Judge
Dated: September 26, 2025
New York, New York

September 22, 2025

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Request to Amend the Protective Order in *United States v. Adams*, No. 24-CR-556 (DEH) and Be Added to the Case as an Interested Party**

Dear Judge Ho:

The New York City Campaign Finance Board ("CFB") writes to request that the Court **add the CFB to this action as an interested party so that it may request that the Court** amend the Protective Order entered on October 3, 2024 (ECF No. 27) over discovery materials in the above-captioned case (the "Protective Order"). The proposed amendment, which we have submitted with this letter, would permit Defendant Mayor Adams to share covered materials with the CFB in connection with the CFB's audit and investigation of Mayor Adams's 2021 and 2025 mayoral campaigns. Defendant Mayor Adams and the Government have consented to the proposed modifications and production of responsive, covered materials to the CFB subject to the proposed amendment.

The CFB is a non-partisan agency of the City of New York established by the Campaign Finance Act and the New York City Charter (the "N.Y.C. Charter"), Chapter 46, with its principal place of business at 100 Church Street, 12th Floor, New York, NY 10007. Pursuant to the Act, the Board administers the Campaign Finance Program (the "Program"), which provides public matching funds to candidates for New York City public office. *See* Admin. Code § 3-701 *et seq*. To qualify to receive public matching funds, a candidate must comply with disclosure requirements and requests, spending limits, contribution limits, and other conditions. *See* Admin. Code § 3-703. The Board pays public matching funds to an eligible candidate's designated principal committee based upon contributions eligible for matching funds reported by the committee in disclosure statements submitted to the Board. *See* Admin. Code § 3-703; Board Rule § 7-01(c).

During each city election cycle, the Board makes regular determinations about whether each

**The Honorable Dale E. Ho**               Page 2                    September 22, 2025

campaign participating in the Program is eligible to receive matching funds. *See* Board Rule § 7-02. These decisions are based on, among other criteria, each campaign's compliance with applicable laws and regulations. *See* Admin. Code § 3-703; Board Rule § 3-01.

      In connection with the CFB's duty to the public to ensure the proper administration of the Program, which includes making eligibility determinations and conducting post-election audits of campaigns based on the most accurate and up-to-date information available, and consistent with its investigatory powers, *see* Admin Code § 3-708(5); *see* N.Y.C. Charter Chapter 46 § 1052(a)(5), the CFB has requested documents and information from Mayor Adams's 2021 and 2025 mayoral campaigns. Mayor Adams has indicated that he is in possession of responsive materials that are subject to the Protective Order. Access to these materials is vital to fulfillment of the CFB's duties. Accordingly, we respectfully request that the Court amend the Protective Order to permit Mayor Adams to provide the CFB with responsive, covered materials. Consistent with this request, we also respectfully request that the CFB be added to *United States v. Adams*, No. 24-CR-556 (DEH) as an interested party."

      We thank the Court for its consideration of this request.

Respectfully submitted,

_____
Joseph Gallagher
General Counsel
New York City Campaign Finance Board
100 Church Street, 12th Floor
New York, New York 10007
(212) 409-1800

Enclosures:

1. Amended Protective Order
2. Redline of Amended Protective Order